# Exhibit 2



(12) **United States Patent**
**Binder**

(10) **Patent No.: US 9,630,062 B2**
(45) **Date of Patent: Apr. 25, 2017**

(54) **SYSTEM AND METHOD FOR A MOTION SENSING DEVICE WHICH PROVIDES A VISUAL OR AUDIBLE INDICATION**

(71) Applicant: **May Patents Ltd.**, Hod Hasharon (IL)

(72) Inventor: **Yehuda Binder**, Ramat Gan (IL)

(73) Assignee: **May Patents Ltd.**, Hod-Hasharon (IL)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/987,782**

(22) Filed: **Jan. 5, 2016**

(65) **Prior Publication Data**

US 2016/0114257 A1 Apr. 28, 2016

**Related U.S. Application Data**

(60) Continuation of application No. 14/301,544, filed on Jun. 11, 2014, which is a division of application No. 13/427,150, filed on Mar. 22, 2012, now abandoned.
(Continued)

(51) **Int. Cl.**
***G08B 21/00*** (2006.01)
***A63B 43/00*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ ***A63B 43/004*** (2013.01); ***A63B 21/0055*** (2015.10); ***A63B 43/06*** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ..... H02J 7/0068; A63B 43/06; A63B 71/0622
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,020,484 A 11/1935 Turner
3,229,976 A 1/1966 Allen, Jr.
(Continued)

FOREIGN PATENT DOCUMENTS

GB 2213069 9/1989
WO 9930783 A1 6/1999
(Continued)

OTHER PUBLICATIONS

Data-sheet Dual Character with I. C. Driver LED alphanumeric display Part No. L TM-8647AC, Lite-On Electronics, Inc. publication BNS-OD-C131/A4 downloaded Mar. 2011 (7 pages).
(Continued)

*Primary Examiner* — Jeffery Hofsass
(74) *Attorney, Agent, or Firm* — May Patents Ltd. c/o Dorit Shem-Tov

(57) **ABSTRACT**

A device includes a signaling means and a motion sensor, and logic for activating or controlling the signaling means in response to a sensed motion according to an embedded logic. The device may be used as a toy, and may be shaped like a play ball or as a handheld unit. It may be powered from a battery, either chargeable from an AC power source directly or contactless by using induction or by converting electrical energy from harvested kinetic energy. The embedded logic may activate or control the signaling means, predictably or randomly, in response to sensed acceleration magnitude or direction, such as sensing the crossing of a preset threshold or sensing the peak value. The visual means may be a numeric display for displaying a value associated with the count of the number of times the threshold has been exceeded or the peak magnitude of the acceleration sensed.

**53 Claims, 21 Drawing Sheets**



Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 3 of 46 PageID #: 62

## Related U.S. Application Data

(60) Provisional application No. 61/467,615, filed on Mar. 25, 2011.

(51) **Int. Cl.**

| | |
|---|---|
| ***A63H 33/18*** | (2006.01) |
| ***A63B 43/06*** | (2006.01) |
| ***G01P 1/08*** | (2006.01) |
| ***H02J 7/00*** | (2006.01) |
| ***H02J 7/02*** | (2016.01) |
| ***H02J 7/32*** | (2006.01) |
| ***G10H 1/26*** | (2006.01) |
| ***A63B 21/005*** | (2006.01) |
| ***G08B 5/36*** | (2006.01) |
| ***G08B 21/18*** | (2006.01) |
| ***A63H 5/00*** | (2006.01) |
| ***A63H 29/22*** | (2006.01) |
| ***A63H 29/24*** | (2006.01) |
| ***A63H 33/26*** | (2006.01) |
| ***G01P 15/18*** | (2013.01) |
| *A63B 71/06* | (2006.01) |
| *A63B 69/00* | (2006.01) |
| *H02J 5/00* | (2016.01) |

(52) **U.S. Cl.**

CPC .......... ***A63B 71/0622*** (2013.01); ***A63H 5/00*** (2013.01); ***A63H 29/22*** (2013.01); ***A63H 29/24*** (2013.01); ***A63H 33/18*** (2013.01); ***A63H 33/26*** (2013.01); ***G01P 1/08*** (2013.01); ***G01P 15/18*** (2013.01); ***G08B 5/36*** (2013.01); ***G08B 21/182*** (2013.01); ***G10H 1/26*** (2013.01); ***H02J 7/0063*** (2013.01); ***H02J 7/0068*** (2013.01); ***H02J 7/025*** (2013.01); ***H02J 7/32*** (2013.01); *A63B 69/0053* (2013.01); *A63B 2071/0602* (2013.01); *A63B 2071/063* (2013.01); *A63B 2071/0625* (2013.01); *A63B 2220/17* (2013.01); *A63B 2220/18* (2013.01); *A63B 2220/40* (2013.01); *A63B 2220/803* (2013.01); *A63B 2220/833* (2013.01); *G10H 2220/395* (2013.01); *G10H 2230/055* (2013.01); *H02J 5/005* (2013.01)

(58) **Field of Classification Search**

USPC ........... 340/669, 691.1, 384.1, 384.3, 384.6, 340/384.7; 446/409; 473/571

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,304,651 A 2/1967 Deyerl
3,580,575 A 5/1971 Speeth
3,586,870 A 6/1971 Cwiak
3,683,216 A 8/1972 Post
3,938,018 A 2/1976 Dahl
4,031,449 A 6/1977 Trombly
4,248,010 A 2/1981 Fox
4,248,123 A 2/1981 Bunger et al.
4,374,354 A 2/1983 Petrovic et al.
4,408,151 A 10/1983 Justice
RE31,548 E 4/1984 Watanabe
4,463,951 A 8/1984 Kumasaka et al.
4,470,205 A 9/1984 Olivieri
4,496,149 A 1/1985 Schwartzberg
4,516,260 A 5/1985 Breedlove et al.
4,542,902 A 9/1985 Massino
4,561,661 A 12/1985 Walker et al.
4,563,160 A 1/1986 Lee
4,568,303 A 2/1986 Brown
4,577,865 A 3/1986 Shishido
4,586,456 A 5/1986 Forward
4,595,200 A 6/1986 Shishido
4,653,758 A 3/1987 Solheim
4,660,831 A 4/1987 Kralik
4,775,948 A 10/1988 Dial et al.
4,776,589 A 10/1988 Yang
4,796,891 A 1/1989 Milner
4,801,141 A 1/1989 Rumsey
4,806,440 A 2/1989 Hahs, Jr. et al.
4,839,972 A 6/1989 Pack et al.
4,840,602 A 6/1989 Rose
4,853,884 A 8/1989 Brown et al.
4,873,677 A 10/1989 Sakamoto et al.
4,905,176 A 2/1990 Schulz
4,927,401 A 5/1990 Sonesson
4,940,236 A 7/1990 Allen
4,942,352 A 7/1990 Sano
4,968,255 A 11/1990 Lee et al.
4,996,468 A 2/1991 Field et al.
5,008,839 A 4/1991 Goodwin et al.
5,054,785 A 10/1991 Gobush et al.
5,066,011 A 11/1991 Dykstra et al.
5,066,012 A 11/1991 Stark
5,102,131 A 4/1992 Remington
5,150,895 A 9/1992 Berger
5,159,256 A 10/1992 Mattinger et al.
5,228,686 A 7/1993 Maleyko
5,228,705 A 7/1993 Merle-Smith
5,236,383 A 8/1993 Connelly
5,257,793 A 11/1993 Fortin
5,277,993 A 1/1994 Landers
5,297,981 A 3/1994 Maxim et al.
5,329,274 A 7/1994 Donig et al.
5,349,129 A 9/1994 Wisniewski et al.
5,367,242 A 11/1994 Hulman
5,375,839 A 12/1994 Pagani
5,377,996 A 1/1995 Shure
5,389,009 A 2/1995 Van Schenck, III
5,396,538 A 3/1995 Hong
5,423,549 A 6/1995 Englmeier
5,435,579 A 7/1995 Pozzobon
5,439,408 A 8/1995 Wilkinson
5,443,259 A 8/1995 Segan et al.
5,447,314 A 9/1995 Yamazaki et al.
5,480,144 A 1/1996 Downing
5,490,047 A 2/1996 O'Rourke et al.
5,492,329 A 2/1996 Kronin
5,505,467 A 4/1996 Hill et al.
5,533,920 A 7/1996 Arad
5,536,979 A 7/1996 McEachern et al.
5,550,452 A 8/1996 Shirai et al.
5,564,702 A 10/1996 Meffert
5,568,036 A 10/1996 Hulsey et al.
5,578,755 A 11/1996 Offenberg
5,578,877 A 11/1996 Tiemann
5,582,550 A 12/1996 Foley
5,600,225 A 2/1997 Goto
5,618,023 A 4/1997 Eichholz et al.
5,649,758 A 7/1997 Dion
5,690,344 A 11/1997 Chen
5,704,620 A 1/1998 Oliemans et al.
5,722,046 A 2/1998 Serfaty et al.
5,725,445 A 3/1998 Kennedy et al.
5,741,195 A 4/1998 Sullivan et al.
5,743,815 A 4/1998 Helderman
5,755,634 A 5/1998 Huang
5,761,096 A 6/1998 Zakutin
5,764,134 A 6/1998 Carr et al.
5,766,098 A 6/1998 Molitor et al.
5,767,778 A 6/1998 Stone et al.
5,779,574 A 7/1998 Allman et al.
5,779,575 A 7/1998 Hsieh
5,779,576 A 7/1998 Smith, III et al.
5,807,197 A 9/1998 Grafton
5,810,685 A * 9/1998 Willner ................. A63B 43/00 273/335
5,842,706 A 12/1998 Chang
5,924,942 A 7/1999 Gentile
5,934,784 A 8/1999 Dion

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,934,968 | A | 8/1999 | Lin |
| 5,951,027 | A | 9/1999 | Oyen et al. |
| 5,954,603 | A | 9/1999 | Chursinoff |
| 5,957,470 | A | 9/1999 | Powell |
| 5,962,786 | A | 10/1999 | Le Traon et al. |
| 5,976,038 | A | 11/1999 | Orenstein et al. |
| 6,012,995 | A | 1/2000 | Martin |
| 6,042,487 | A | 3/2000 | Schrimmer et al. |
| 6,082,744 | A | 7/2000 | Allinger et al. |
| 6,113,504 | A | 9/2000 | Kuesters |
| 6,117,030 | A | 9/2000 | Green, Sr. |
| 6,132,281 | A | 10/2000 | Klitsner et al. |
| 6,135,850 | A | 10/2000 | Reed |
| 6,142,894 | A | 11/2000 | Lee |
| 6,196,932 | B1 | 3/2001 | Marsh et al. |
| 6,208,115 | B1 | 3/2001 | Binder |
| 6,227,933 | B1 | 5/2001 | Michaud et al. |
| 6,246,927 | B1 | 6/2001 | Dratman |
| 6,251,035 | B1 | 6/2001 | Fa |
| 6,257,995 | B1 | 7/2001 | Schrimmer et al. |
| 6,280,278 | B1 | 8/2001 | Wells |
| 6,287,225 | B1 | 9/2001 | Touhey et al. |
| 6,299,553 | B1 | 10/2001 | Petuchowski et al. |
| 6,375,580 | B1 | 4/2002 | Schmidt et al. |
| 6,379,271 | B1 | 4/2002 | Arnke |
| 6,409,618 | B1 | 6/2002 | Touhey et al. |
| 6,422,960 | B1 | 7/2002 | Touhey et al. |
| 6,450,906 | B1 | 9/2002 | Touhey et al. |
| 6,458,008 | B1 | 10/2002 | Hyneman |
| 6,459,955 | B1 | 10/2002 | Bartsch et al. |
| 6,484,671 | B2 | 11/2002 | Herrenbruck |
| 6,527,611 | B2 | 3/2003 | Cummings |
| 6,537,125 | B1 | 3/2003 | Motosko, III |
| 6,572,492 | B2 | 6/2003 | Tinsman |
| 6,573,883 | B1 | 6/2003 | Bartlett |
| 6,582,330 | B1 | 6/2003 | Rehkemper et al. |
| 6,592,509 | B1 | 7/2003 | Hunter, Jr. |
| 6,598,882 | B2 | 7/2003 | Stubberfield |
| 6,615,109 | B1 | 9/2003 | Matsuoka et al. |
| 6,666,782 | B1 | 12/2003 | Wu |
| 6,670,212 | B2 | 12/2003 | McNie et al. |
| 6,683,438 | B2 | 1/2004 | Park et al. |
| 6,712,487 | B2 | 3/2004 | Liou |
| 6,764,373 | B1 | 7/2004 | Osawa et al. |
| 6,785,590 | B2 | 8/2004 | Kasuga et al. |
| 6,786,795 | B1 | 9/2004 | Mullaney et al. |
| 6,884,180 | B2 | 4/2005 | Corzilius et al. |
| 6,906,495 | B2 | 6/2005 | Cheng et al. |
| 6,917,182 | B2 | 7/2005 | Burton et al. |
| 6,945,843 | B1 | 9/2005 | Motosko |
| 6,945,887 | B2 | 9/2005 | Oister et al. |
| 6,980,956 | B1 | 12/2005 | Takagi et al. |
| 7,014,581 | B2 | 3/2006 | Ng |
| 7,069,113 | B2 | 6/2006 | Matsuoka et al. |
| 7,082,578 | B1 | 7/2006 | Fishkin et al. |
| 7,091,863 | B2 | 8/2006 | Ravet |
| 7,124,157 | B2 | 10/2006 | Ikake |
| 7,130,741 | B2 | 10/2006 | Bodin et al. |
| 7,145,933 | B1 | 12/2006 | Szajnowski |
| 7,163,313 | B2 | 1/2007 | Rosenberg |
| 7,170,047 | B2 | 1/2007 | Pal |
| 7,173,604 | B2 | 2/2007 | Marvit et al. |
| 7,179,181 | B2 | 2/2007 | Ko |
| 7,258,591 | B2 | 8/2007 | Xu et al. |
| 7,261,432 | B1 | 8/2007 | Habitz |
| 7,297,045 | B2 | 11/2007 | Pierson et al. |
| 7,326,866 | B2 | 2/2008 | Kelley, Jr. et al. |
| 7,340,072 | B2 | 3/2008 | Schaub |
| 7,340,077 | B2 | 3/2008 | Gokturk et al. |
| 7,344,430 | B2 | 3/2008 | Hasty et al. |
| 7,365,647 | B2 | 4/2008 | Nativ |
| 7,367,232 | B2 | 5/2008 | Vaganov et al. |
| 7,375,492 | B2 | 5/2008 | Calhoon et al. |
| 7,378,817 | B2 | 5/2008 | Calhoon et al. |
| 7,388,350 | B1 | 6/2008 | Wright |
| 7,413,494 | B2 | 8/2008 | Huang |
| 7,414,186 | B2 | 8/2008 | Scarpa et al. |
| 7,414,380 | B2 | 8/2008 | Tang et al. |
| 7,432,718 | B2 | 10/2008 | Ishihara et al. |
| 7,507,498 | B2 | 3/2009 | Yoon et al. |
| 7,525,283 | B2 | 4/2009 | Cheng et al. |
| 7,526,362 | B2 | 4/2009 | Kim et al. |
| 7,586,289 | B2 | 9/2009 | Andruk et al. |
| 7,614,959 | B1 | 11/2009 | Gentile |
| 7,617,729 | B2 | 11/2009 | Axelrod et al. |
| 7,679,524 | B2 | 3/2010 | Hofer et al. |
| 7,688,036 | B2 | 3/2010 | Yarger et al. |
| 7,692,320 | B2 | 4/2010 | Lemieux |
| 7,714,537 | B2 | 5/2010 | Cheng et al. |
| 7,714,880 | B2 | 5/2010 | Johnson |
| 7,716,985 | B2 | 5/2010 | Zhang et al. |
| 7,723,958 | B2 | 5/2010 | Darilek |
| 7,727,097 | B2 | 6/2010 | Siegel et al. |
| 7,740,551 | B2 | 6/2010 | Nurnberg et al. |
| 7,755,605 | B2 | 7/2010 | Daniel et al. |
| 7,774,155 | B2 | 8/2010 | Sato et al. |
| 7,786,696 | B2 | 8/2010 | Kim et al. |
| 7,789,727 | B2 | 9/2010 | Chernick et al. |
| 7,822,507 | B2 | 10/2010 | Ishihara et al. |
| 7,832,362 | B2 | 11/2010 | DeGhionno |
| 7,847,421 | B2 | 12/2010 | Gardner et al. |
| 7,847,504 | B2 | 12/2010 | Hollis |
| 7,850,535 | B2 | 12/2010 | Noble et al. |
| 7,853,357 | B2 | 12/2010 | Sawada et al. |
| 7,853,645 | B2 | 12/2010 | Brown et al. |
| 7,854,669 | B2 | 12/2010 | Marty et al. |
| 7,863,859 | B2 | 1/2011 | Soar |
| 7,863,861 | B2 | 1/2011 | Cheng et al. |
| 7,867,113 | B2 | 1/2011 | Petersen |
| 7,872,445 | B2 | 1/2011 | Hui |
| 7,876,067 | B2 | 1/2011 | Greenfeld et al. |
| 7,891,666 | B2 | 2/2011 | Kuenzler et al. |
| 7,892,876 | B2 | 2/2011 | Mehregany |
| 7,906,936 | B2 | 3/2011 | Azancot et al. |
| 7,927,253 | B2 | 4/2011 | Vincent et al. |
| 7,948,208 | B2 | 5/2011 | Partovi et al. |
| 7,952,322 | B2 | 5/2011 | Partovi et al. |
| 7,952,324 | B2 | 5/2011 | Cheng et al. |
| 7,979,162 | B2 | 7/2011 | Niemela et al. |
| 8,022,775 | B2 | 9/2011 | Julstrom et al. |
| 8,025,551 | B2 | 9/2011 | Torres et al. |
| 8,038,504 | B1 | 10/2011 | Wong |
| 8,055,310 | B2 | 11/2011 | Beart et al. |
| 8,062,037 | B1 | 11/2011 | Chapa, Jr. et al. |
| 8,093,864 | B2 | 1/2012 | Wright |
| 8,099,189 | B2 | 1/2012 | Kaznov et al. |
| 8,108,177 | B2 | 1/2012 | Alexander |
| 8,111,041 | B2 | 2/2012 | Onishi et al. |
| 8,126,675 | B2 | 2/2012 | Vock et al. |
| 8,127,155 | B2 | 2/2012 | Baarman et al. |
| 8,128,450 | B2 | 3/2012 | Imai |
| 8,128,500 | B1 | 3/2012 | Borst et al. |
| 8,142,287 | B2 | 3/2012 | Podoloff |
| 8,169,185 | B2 | 5/2012 | Partovi et al. |
| 8,172,722 | B2 | 5/2012 | Molyneux et al. |
| 8,174,233 | B2 | 5/2012 | Julstrom et al. |
| 8,174,234 | B2 | 5/2012 | Julstrom et al. |
| 8,180,436 | B2 | 5/2012 | Boyden et al. |
| 8,181,233 | B2 | 5/2012 | Wyld |
| 8,187,126 | B2 | 5/2012 | Martino |
| 8,188,706 | B2 | 5/2012 | Yang |
| 8,196,550 | B2 | 6/2012 | Levin et al. |
| 8,197,298 | B2 | 6/2012 | Willett |
| 8,217,788 | B2 | 7/2012 | Vock et al. |
| 8,221,290 | B2 | 7/2012 | Vincent et al. |
| 8,228,056 | B2 | 7/2012 | Bucher |
| 8,231,487 | B2 | 7/2012 | Nurnberg et al. |
| 8,237,402 | B2 | 8/2012 | Julstrom et al. |
| 8,239,146 | B2 | 8/2012 | Vock et al. |
| 8,257,203 | B2 | 9/2012 | Rasmussen |
| 8,258,917 | B2 | 9/2012 | Cai et al. |
| 8,274,406 | B2 | 9/2012 | Karlsson et al. |
| 8,275,544 | B1 | 9/2012 | Wells et al. |
| 8,280,453 | B2 | 10/2012 | Beart et al. |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,280,681 | B2 | 10/2012 | Vock et al. |
| 8,292,764 | B2 | 10/2012 | Steidle |
| 8,310,201 | B1 | 11/2012 | Wright |
| 8,326,469 | B2 | 12/2012 | Phillips et al. |
| 8,330,639 | B2 | 12/2012 | Wong et al. |
| 8,332,544 | B1 | 12/2012 | Ralls et al. |
| 8,340,740 | B2 | 12/2012 | Holzer et al. |
| 8,352,211 | B2 | 1/2013 | Vock et al. |
| 8,352,643 | B2 | 1/2013 | Birnbaum et al. |
| 8,355,297 | B2 | 1/2013 | Wilbur et al. |
| 8,355,818 | B2 | 1/2013 | Nielsen et al. |
| 8,360,904 | B2 | 1/2013 | Oleson et al. |
| 8,364,136 | B2 | 1/2013 | Hoffberg et al. |
| 8,367,235 | B2 | 2/2013 | Huang |
| 8,371,971 | B2 | 2/2013 | Bevier |
| 8,392,065 | B2 | 3/2013 | Tolstedt et al. |
| 8,396,611 | B2 | 3/2013 | Phillips et al. |
| 8,396,687 | B2 | 3/2013 | Vock et al. |
| 8,417,384 | B2 | 4/2013 | Togawa et al. |
| 8,428,904 | B2 | 4/2013 | Vock et al. |
| 8,436,576 | B2 | 5/2013 | Toya et al. |
| 8,456,298 | B2 | 6/2013 | Valtonen |
| 8,460,816 | B2 | 6/2013 | Julstrom et al. |
| 8,483,758 | B2 | 7/2013 | Huang |
| 8,506,430 | B2 | 8/2013 | Von Der Gruen et al. |
| 8,517,870 | B2 | 8/2013 | Crowley et al. |
| 8,531,153 | B2 | 9/2013 | Baarman et al. |
| 8,540,560 | B2 | 9/2013 | Crowley et al. |
| 8,560,024 | B2 | 10/2013 | Beart et al. |
| 8,571,781 | B2 | 10/2013 | Bernstein et al. |
| 8,577,595 | B2 | 11/2013 | Zhao et al. |
| 8,579,632 | B2 | 11/2013 | Crowley |
| 8,597,095 | B2 | 12/2013 | Crowley et al. |
| 8,610,400 | B2 | 12/2013 | Stevens et al. |
| 8,620,600 | B2 | 12/2013 | Vock et al. |
| 8,629,652 | B2 | 1/2014 | Partovi et al. |
| 8,629,654 | B2 | 1/2014 | Partovi et al. |
| 8,638,062 | B2 | 1/2014 | Baarman et al. |
| 8,660,814 | B2 | 2/2014 | Vock et al. |
| 8,668,602 | B1 | 3/2014 | Kieffaber |
| 8,670,889 | B2 | 3/2014 | Kaznov |
| 8,672,782 | B2 | 3/2014 | Homsi et al. |
| 8,690,711 | B2 | 4/2014 | Ko et al. |
| 8,693,293 | B2 | 4/2014 | Wilbur et al. |
| 8,702,430 | B2 | 4/2014 | Dibenedetto et al. |
| 8,758,172 | B2 | 6/2014 | Creguer |
| 8,777,785 | B2 | 7/2014 | Martino |
| 8,845,466 | B2 | 9/2014 | Bevier |
| 8,864,609 | B2 | 10/2014 | Kodama et al. |
| 8,890,470 | B2 | 11/2014 | Partovi |
| 8,896,264 | B2 | 11/2014 | Partovi |
| 8,901,881 | B2 | 12/2014 | Partovi |
| 8,920,267 | B2 | 12/2014 | Gable |
| 8,928,190 | B2 | 1/2015 | Karren et al. |
| 8,947,047 | B2 | 2/2015 | Partovi et al. |
| 8,951,106 | B2 | 2/2015 | Crowley et al. |
| 8,951,151 | B2 | 2/2015 | Glowinski |
| 8,954,117 | B2 | 2/2015 | Huang |
| 8,970,166 | B2 | 3/2015 | Hoffman et al. |
| 8,971,039 | B2 | 3/2015 | Huang et al. |
| 8,992,353 | B1 | 3/2015 | Kortegast |
| 9,026,187 | B2 | 5/2015 | Huang |
| 9,077,013 | B2 | 7/2015 | Huang et al. |
| 9,087,159 | B2 | 7/2015 | Oleson et al. |
| 9,088,028 | B2 | 7/2015 | Huang et al. |
| 9,088,029 | B2 | 7/2015 | Huang et al. |
| 9,106,083 | B2 | 8/2015 | Partovi |
| 9,112,362 | B2 | 8/2015 | Partovi |
| 9,112,363 | B2 | 8/2015 | Partovi |
| 9,112,364 | B2 | 8/2015 | Partovi |
| 9,112,957 | B2 | 8/2015 | Beart et al. |
| 9,123,935 | B2 | 9/2015 | Huang |
| 9,137,309 | B2 | 9/2015 | Ananny et al. |
| 9,143,003 | B2 | 9/2015 | Baarman et al. |
| 9,153,985 | B1 | 10/2015 | Gjovik et al. |
| 9,154,554 | B2 | 10/2015 | Ananny et al. |
| 2001/0034279 | A1 | 10/2001 | Veilleux et al. |
| 2002/0034991 | A1 | 3/2002 | Sasaki et al. |
| 2002/0116147 | A1 | 8/2002 | Vock |
| 2002/0187866 | A1 | 12/2002 | Touhey et al. |
| 2003/0032507 | A1 | 2/2003 | Lacroix et al. |
| 2003/0054905 | A1 | 3/2003 | King, Jr. |
| 2003/0073518 | A1 | 4/2003 | Marty et al. |
| 2003/0093182 | A1 | 5/2003 | Yokoyama |
| 2003/0100391 | A1 | 5/2003 | Kessler |
| 2003/0109339 | A1 | 6/2003 | Oister |
| 2003/0125135 | A1 | 7/2003 | Iwami et al. |
| 2003/0163287 | A1 | 8/2003 | Vock |
| 2003/0199343 | A1 | 10/2003 | Ilcisin et al. |
| 2003/0224885 | A1 | 12/2003 | Leal et al. |
| 2004/0002284 | A1 | 1/2004 | Leal |
| 2004/0002843 | A1 | 1/2004 | Robarts et al. |
| 2004/0048686 | A1 | 3/2004 | Thirkettle |
| 2004/0067411 | A1 | 4/2004 | Lisanke |
| 2004/0105540 | A1 | 6/2004 | Sayed |
| 2004/0162170 | A1 | 8/2004 | Ng |
| 2004/0182614 | A1 | 9/2004 | Wakui |
| 2004/0186623 | A1 | 9/2004 | Dooley |
| 2004/0192163 | A1 | 9/2004 | Siegel |
| 2005/0003885 | A1 | 1/2005 | Rhoten |
| 2005/0004723 | A1 | 1/2005 | Duggan et al. |
| 2005/0017677 | A1 | 1/2005 | Burton et al. |
| 2005/0032457 | A1 | 2/2005 | Gick |
| 2005/0064966 | A1 | 3/2005 | Menow |
| 2005/0116683 | A1 | 6/2005 | Cheng et al. |
| 2005/0156560 | A1 | 7/2005 | Shimaoka et al. |
| 2005/0186884 | A1 | 8/2005 | Evans |
| 2005/0223799 | A1 | 10/2005 | Murphy |
| 2005/0226192 | A1 | 10/2005 | Red et al. |
| 2005/0233815 | A1 | 10/2005 | McCreary et al. |
| 2005/0259002 | A1 | 11/2005 | Erario et al. |
| 2005/0264472 | A1 | 12/2005 | Rast |
| 2005/0288133 | A1* | 12/2005 | Rudell .................. A63B 43/00 473/569 |
| 2006/0025254 | A1 | 2/2006 | Myers |
| 2006/0046879 | A1 | 3/2006 | Kelly et al. |
| 2006/0061325 | A1 | 3/2006 | Tang et al. |
| 2006/0095158 | A1 | 5/2006 | Lee et al. |
| 2006/0101465 | A1 | 5/2006 | Kato et al. |
| 2006/0105857 | A1 | 5/2006 | Stark |
| 2006/0108974 | A1 | 5/2006 | Castillo |
| 2006/0135297 | A1 | 6/2006 | Cruciani |
| 2006/0148594 | A1 | 7/2006 | Saintoyant et al. |
| 2006/0167623 | A1 | 7/2006 | Alexander |
| 2006/0167649 | A1 | 7/2006 | Alexander |
| 2006/0183576 | A1 | 8/2006 | Lindsey |
| 2006/0189386 | A1 | 8/2006 | Rosenberg |
| 2006/0205381 | A1 | 9/2006 | Beart et al. |
| 2006/0229040 | A1 | 10/2006 | Hofer et al. |
| 2006/0241812 | A1 | 10/2006 | Jung |
| 2006/0246345 | A1 | 11/2006 | Yoon et al. |
| 2006/0267286 | A1 | 11/2006 | Hickey |
| 2006/0271251 | A1 | 11/2006 | Hopkins |
| 2007/0021244 | A1 | 1/2007 | Ko |
| 2007/0026975 | A1 | 2/2007 | Marty et al. |
| 2007/0034734 | A1 | 2/2007 | Yoeli |
| 2007/0035093 | A1 | 2/2007 | Fuchs |
| 2007/0037641 | A1 | 2/2007 | Wong |
| 2007/0059675 | A1 | 3/2007 | Kuenzler |
| 2007/0060425 | A1 | 3/2007 | Kuenzler |
| 2007/0085706 | A1 | 4/2007 | Feyereisen et al. |
| 2007/0112462 | A1 | 5/2007 | Kim |
| 2007/0135243 | A1 | 6/2007 | LaRue et al. |
| 2007/0156369 | A1 | 7/2007 | Alexander |
| 2007/0157497 | A1 | 7/2007 | Huang |
| 2007/0167266 | A1 | 7/2007 | Devall |
| 2007/0178967 | A1 | 8/2007 | Rosenberg |
| 2007/0182367 | A1 | 8/2007 | Partovi |
| 2007/0191083 | A1 | 8/2007 | Kuenzler |
| 2007/0210580 | A1 | 9/2007 | Roberts et al. |
| 2007/0236183 | A1 | 10/2007 | Darilek |
| 2007/0249422 | A1 | 10/2007 | Podoloff |
| 2007/0256337 | A1 | 11/2007 | Segan |
| 2007/0259592 | A1 | 11/2007 | Imai |

(56) **References Cited**

U.S. PATENT DOCUMENTS

2007/0273333 A1 11/2007 Andruk et al.
2007/0279002 A1 12/2007 Partovi
2007/0281811 A1 12/2007 Wang
2007/0282484 A1 12/2007 Chung et al.
2008/0009965 A1 1/2008 Bruemmer et al.
2008/0015058 A1 1/2008 Noble et al.
2008/0015061 A1 1/2008 Klein
2008/0015064 A1 1/2008 Nelson et al.
2008/0033641 A1 2/2008 Medalia
2008/0039246 A1 2/2008 Martino
2008/0039250 A1 2/2008 Martino
2008/0049372 A1 2/2008 Loke
2008/0054842 A1 3/2008 Kim et al.
2008/0077284 A1 3/2008 Swope
2008/0088303 A1 4/2008 Englert
2008/0121097 A1 5/2008 Rudakevych et al.
2008/0132363 A1 6/2008 Harada
2008/0174281 A1 7/2008 Shau
2008/0174448 A1 7/2008 Hudson
2008/0234077 A1 9/2008 Glowinski
2008/0240507 A1 10/2008 Niwa et al.
2008/0263628 A1 10/2008 Norman et al.
2008/0267450 A1 10/2008 Sugimoto
2008/0269949 A1 10/2008 Norman et al.
2008/0274844 A1 11/2008 Ward
2009/0004945 A1 1/2009 Delassus
2009/0029808 A1 1/2009 Fore
2009/0033623 A1 2/2009 Lin
2009/0042677 A1 2/2009 Siegel et al.
2009/0047645 A1 2/2009 Dibenedetto et al.
2009/0048039 A1 2/2009 Holthouse et al.
2009/0048044 A1 2/2009 Oleson et al.
2009/0055019 A1 2/2009 Stiehl et al.
2009/0057238 A1 3/2009 Garti
2009/0062033 A1 3/2009 Harada
2009/0068924 A1 3/2009 Chernick et al.
2009/0073034 A1 3/2009 Lin
2009/0081923 A1 3/2009 Dooley et al.
2009/0171516 A1 7/2009 Reich
2009/0176544 A1 7/2009 Mertens
2009/0191990 A1 7/2009 Smith
2009/0198371 A1 8/2009 Emanuel et al.
2009/0204261 A1 8/2009 Strand et al.
2009/0210078 A1 8/2009 Crowley
2009/0222148 A1 9/2009 Knotts et al.
2009/0226035 A1 9/2009 Iihoshi et al.
2009/0256822 A1 10/2009 Amireh et al.
2009/0262074 A1 10/2009 Nasiri et al.
2009/0265671 A1 10/2009 Sachs et al.
2009/0278932 A1 11/2009 Yi
2009/0284553 A1 11/2009 Seydoux
2009/0325739 A1* 12/2009 Gold ..................... A63B 43/00 473/570
2010/0004798 A1 1/2010 Bodin et al.
2010/0010669 A1 1/2010 Lee et al.
2010/0031424 A1 2/2010 Sharpe et al.
2010/0032224 A1 2/2010 Liu
2010/0063652 A1 3/2010 Anderson
2010/0066676 A1 3/2010 Kramer et al.
2010/0069181 A1 3/2010 Lin
2010/0084513 A1 4/2010 Gariepy et al.
2010/0106344 A1 4/2010 Edwards et al.
2010/0130314 A1 5/2010 Von Der Gruen et al.
2010/0130315 A1 5/2010 Steidle
2010/0145236 A1 6/2010 Greenberg et al.
2010/0169098 A1 7/2010 Patch
2010/0172287 A1 7/2010 Krieter
2010/0183195 A1 7/2010 Sharma
2010/0234993 A1 9/2010 Seelinger et al.
2010/0241289 A1 9/2010 Sandberg
2010/0261526 A1 10/2010 Anderson et al.
2010/0261562 A1 10/2010 Bevier
2010/0285909 A1 11/2010 Voelker et al.
2010/0305778 A1 12/2010 Dorneich et al.
2010/0305781 A1 12/2010 Felix
2010/0312917 A1 12/2010 Allport
2010/0313334 A1 12/2010 Moy
2010/0324753 A1 12/2010 Okumatsu
2011/0003640 A9 1/2011 Ehrman
2011/0012661 A1 1/2011 Binder
2011/0018731 A1 1/2011 Linsky et al.
2011/0018794 A1 1/2011 Linsky et al.
2011/0022196 A1 1/2011 Linsky et al.
2011/0031689 A1 2/2011 Binder
2011/0035054 A1 2/2011 Gal et al.
2011/0050940 A1 3/2011 Lanz et al.
2011/0060492 A1 3/2011 Kaznov
2011/0065488 A1 3/2011 Okamura et al.
2011/0071652 A1 3/2011 Brown et al.
2011/0071702 A1 3/2011 Wang et al.
2011/0077112 A1 3/2011 Erario et al.
2011/0082566 A1 4/2011 Herr et al.
2011/0087371 A1 4/2011 Sandberg et al.
2011/0118062 A1 5/2011 Krysiak
2011/0118065 A1 5/2011 Krysiak et al.
2011/0119022 A1 5/2011 Kuenzler et al.
2011/0136596 A1 6/2011 Rasmussen
2011/0136603 A1 6/2011 Lin et al.
2011/0136604 A1 6/2011 Hsu
2011/0146775 A1 6/2011 Kim et al.
2011/0153885 A1 6/2011 Mak et al.
2011/0184590 A1 7/2011 Duggan et al.
2011/0205722 A1 8/2011 Chen et al.
2011/0213278 A1 9/2011 Horak et al.
2011/0214616 A1 9/2011 Levin et al.
2011/0234488 A1 9/2011 Ge et al.
2011/0237367 A1 9/2011 Kodama
2011/0241617 A1 10/2011 Hoffman et al.
2011/0250967 A1 10/2011 Kulas
2011/0285214 A1 11/2011 Stevens et al.
2011/0287878 A1 11/2011 Englert
2011/0291926 A1 12/2011 Gokturk et al.
2011/0313568 A1 12/2011 Blackwell
2011/0316529 A1 12/2011 Stancil et al.
2011/0320830 A1 12/2011 Ito
2012/0009845 A1 1/2012 Schmelzer
2012/0035799 A1 2/2012 Ehrmann
2012/0058845 A1 3/2012 Crowley et al.
2012/0065747 A1 3/2012 Brown et al.
2012/0083945 A1 4/2012 Oakley et al.
2012/0083962 A1 4/2012 Sato et al.
2012/0106783 A1 5/2012 Chang et al.
2012/0146775 A1 6/2012 Kudo et al.
2012/0149359 A1 6/2012 Huang
2012/0152790 A1 6/2012 Houvener et al.
2012/0157246 A1 6/2012 Glover et al.
2012/0167014 A1 6/2012 Joo et al.
2012/0168240 A1 7/2012 Wilson et al.
2012/0173018 A1 7/2012 Allen et al.
2012/0173047 A1 7/2012 Bernstein
2012/0173049 A1 7/2012 Bernstein et al.
2012/0173050 A1 7/2012 Bernstein et al.
2012/0181981 A1 7/2012 Wechlin et al.
2012/0185115 A1 7/2012 Dean
2012/0193154 A1 8/2012 Wellborn et al.
2012/0197439 A1 8/2012 Wang et al.
2012/0215355 A1 8/2012 Bewley et al.
2012/0231906 A1 9/2012 Barry et al.
2012/0244969 A1 9/2012 Binder
2012/0295740 A1 11/2012 Creguer
2012/0298049 A1 11/2012 Cook et al.
2012/0298430 A1 11/2012 Schroll et al.
2012/0306850 A1 12/2012 Balan et al.
2012/0307001 A1 12/2012 Osako et al.
2012/0309261 A1 12/2012 Boman et al.
2012/0311810 A1 12/2012 Gilbert, Jr. et al.
2013/0023365 A1 1/2013 Idoni-Matthews et al.
2013/0050069 A1 2/2013 Ota
2013/0065482 A1 3/2013 Trickett
2013/0095959 A1 4/2013 Marty et al.
2013/0109272 A1 5/2013 Rindlisbacher
2013/0109511 A1 5/2013 Galyuk
2013/0115847 A1 5/2013 Gable
2013/0130843 A1 5/2013 Burroughs et al.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0130848 | A1 | 5/2013 | Homsi et al. |
| 2013/0143482 | A1 | 6/2013 | Regler |
| 2013/0167290 | A1 | 7/2013 | Ben Ezra |
| 2013/0265225 | A1 | 10/2013 | Nasiri et al. |
| 2013/0274040 | A1 | 10/2013 | Coza et al. |
| 2014/0171226 | A1 | 6/2014 | Costain et al. |
| 2014/0309059 | A1 | 10/2014 | Minch |
| 2014/0371954 | A1 | 12/2014 | Lee et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 9959684 | A1 | 11/1999 |
| WO | 03096512 | A2 | 11/2003 |
| WO | 2005002327 | A2 | 6/2004 |
| WO | 2005002327 | A3 | 6/2004 |
| WO | 2008015465 | A1 | 2/2008 |

OTHER PUBLICATIONS

Data-sheet PF226-04 Epson 7910 series ‘Multi-Melody IC’ Seiko-Epson Corporation, Electronic Devices Marketing Division dated 1998 (4 pages).

Data-sheet YMF721 OPL4-ML2 FM + Wavetable Synthesizer LSI, Yamaha Corporation Catalog No. LSI-4MF721A20, Jul. 10, 1997 (41 pages).

Data-sheet “General Purpose Timers”, Maxim Integrated Products, Inc. publication No. 19-0481 Rev.2 Nov. 1992, 1992, (9 pages).

Data-sheet Quadruple digits, seven-segments, LED display Part No. L TC-361 OG, Lite-On Electronics, Inc. publication BNS-OD-C131/A4 downloaded Mar. 2011 (5 pages).

Partial International Search of PCT/182012/052618 dated Feb. 11, 2013.

Data-sheet Rev. 1.00 Holtek Semiconductor Inc. HT3834 CMOS VLSI Integrated Circuit (IC) ‘36 Melody Music Generator’ dated Nov. 2, 2006 (16 pages).

User’s Manual Revision 1.0 Magnevation LLC Magnevation SpeakJet chip ‘Natural Speech & Complex Sound Synthesizer’ Jul. 27, 2004 (17 pages).

Data-sheet UM3481 Bowin Electronic Company Hong-Kong, ‘UM3481 Series—UM3481 a Multi-Instrument Melody Generator’ Rev.6-03 (4 pages).

Data-sheet LS 13561C Bowin Electronic Company Hong-Kong, LSI-LS1356 ‘4 Digit Time with Colon Default’ Version 1.2 (Oct. 24, 2003) (6 pages).

Data-sheet ML2215 FEDL2215-01 OKI Semiconductor ‘Speech synthesizer plus Music LSI with On-Chip 3 Mbit Mask ROM’ May 2001 (26 pages).

Data-sheet LIS302DL STMicroelectronics N.V., ‘MEMS motion sensor 3-axis-±2g/±8g smart digital output ,“piccolo” accelerometer’, Rev. 4, Oct. 2008 (42 pages).

Data-sheet SQ-SEN-200 SignaiQuest, Inc., ‘Datasheet SQ-SEN-200 Omnidirectional Tilt and Vibration Sensor’ Updated Aug. 3, 2009 (6 pages).

Data Book OPTi 82C931 ‘Plug and Play Integrated Audio Controller’, No. 912-3000-035 Revision: 2.1 published on Aug. 1, 1997 (64 pages).

Data-sheet ‘True Random Number Generation IC RPG1 00 I RPG1 OOB’, FDK Corporation No. HM-RAE001-0509, Last update Sep. 2005 (4 pages).

Integrated-Circuits Application-Note AN170 ‘NE555 and NE556 applications’, Philips Semiconductors, Dec. 1988 (19 pages).

Data-sheet “General Purpose Timers”, Maxim Integrated Products, Inc. publication No. 19-0481 Rev.2 Nov. 1992 (8 pages).

Data-sheet Multi Color LED Part No. 08L5015RGBC, Electronix Express I RSR Electronics, downloaded Mar. 2011 (2 pages).

Data-sheet Pulse Counters, electronic, LCD Module 192, Fritz Kubler GmbH catalog p. 77 Jun. 2009 (1 page).

Data-sheet Pulse Counters, electronic, LCD Pulse Counters—Codix 130, Ritz Kubler GmbH catalog pp. 56-57 Feb. 2011 (2 pages).

Data-sheet Programmable Single-/Dual-/Triple-Tone Gong, SAE 800, Siemens semiconductor Group, Sep. 1994 (15 pages).

* cited by examiner

FIG. 1 (Prior Art)

10
Motion Sensor
11
Power Supply
14
Processing / Control
12
Annunciator
13

FIG. 2

20
22
MAIN MEMORY
23
STORAGE DEVICE
21
ROM
24
BUS
25
26
28
27
D / A
A / D
PROCESSOR
COMMUNICATION INTERFACE
Motion Sensor
11
13
Annunciator
Motion Sensor
11
Annunciator
13

FIG. 2a

FIG. 3

42
43a
43b
44a
41
45
44b
47
46
40
BATTERY
42
43b
43a
41
40
BATTERY

FIG. 4a

FIG. 4b



Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 13 of 46 PageID #: 72

FIG. 5

Case 2:25-cv-00093   Document 1-2   Filed 01/31/25   Page 14 of 46 PageID #: 73



FIG. 5a

Case 2:25-cv-00093   Document 1-2   Filed 01/31/25   Page 15 of 46 PageID #: 74



FIG. 5b

Case 2:25-cv-00093   Document 1-2   Filed 01/31/25   Page 16 of 46 PageID #: 75



FIG. 6a                    FIG. 6b

FIG. 7a

FIG. 7b

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 19 of 46 PageID #: 78

FIG. 7c



Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 20 of 46 PageID #: 79

FIG. 7d

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 21 of 46 PageID #: 80

FIG. 7e



Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 22 of 46 PageID #: 81

FIG. 8

85
86
87
Rectifier
37
Battery Charger
36
Battery
Motion Sensor
11
Processing / Control
12
Annunciator
13

FIG. 8a

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 24 of 46 PageID #: 83

FIG. 9

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 25 of 46 PageID #: 84

FIG. 10

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 26 of 46 PageID #: 85

FIG. 10a FIG. 10b FIG. 10c

Case 2:25-cv-00093 Document 1-2 Filed 01/31/25 Page 27 of 46 PageID #: 86

FIG. 10d

FIG. 11a

FIG. 11b

# SYSTEM AND METHOD FOR A MOTION SENSING DEVICE WHICH PROVIDES A VISUAL OR AUDIBLE INDICATION

## FIELD OF THE INVENTION

The present invention relates generally to an apparatus and method including a motion sensing and an annunciator responding to the sensed motion, and more particularly, to a toy or any other amusing device including a motion sensor and an annunciator.

## BACKGROUND OF THE INVENTION

A ball is a round, generally spherical shaped object, but sometimes ovoid, with various uses. In a ball game, the play of the game follows the state of the ball as it is hit, kicked or thrown by players. Ball can also be used for simpler activities, such as catch, marbles and juggling. Simple balls are commonly formed of flexible plastic material, while others use synthetic leather. Various ball games are known for amusement, sport and other recreation activities, are played with a ball or balls, and are subject to rules, such as cricket, baseball, basketball, football, soccer, tennis, rugby, golf, volleyball and others. Examples of balls used in game balls are illustrated in FIG. **1**, showing a soccer (a.k.a. football outside of the U.S.) ball **1**, commonly consisting of twelve regular pentagonal and twenty regular hexagonal panels positioned in a truncated icosahedron spherical geometry, and made up of a latex bladder which enables the football to be pressurized. A basketball ball **2** is shown as a sphere shaped inflated ball used in the game of basketball. A ball **3** is used in volleyball is a spherical, made of leather or synthetic leather ball, having a circumference of 65-67 cm and a weight of 260-280 grams. A prolate spheroid ('egg-shaped') ball **4** is used in U.S. football game, and a golf ball **5** is used for the game of golf. Tennis balls such as ball **6** are commonly covered in a fibrous fluffy felt which modifies their aerodynamic properties. Examples of golf balls are described in U.S. Pat. No. 4,653,758 to Solheim, U.S. Pat. No. 5,766,098 to Molitor et al., U.S. Patent Application Publication 2002/0034991 to Sasaki et al. and U.S. Patent Application Publication 2003/0125135 to Iwami, all titled: "Golf Ball" and incorporated in their entirety for all purposes as if fully set forth herein.

One example of a prior-art pet toy that comprises a ball that has an opening and an exit and used for treat dispensing, having sound recording and playback is described in U.S. Pat. No. 6,484,671 to Herrenbruck titled: "Treat Dispensing Toy", which is incorporated in its entirety for all purposes as if fully set forth herein. Another prior-art food dispensing treat pet toy is described in U.S. Pat. No. 7,832,362 to DeGhionno titles: "Lightweight, Hollow, Reusable, Food-Dispensing Treat Toy and Combination of Food-Dispensing Treat Toy with an Enclosing Container Designed for Intellectual Stimulation, Enrichment and Amusement of Animals, and Reduction of Boredom or Separation Anxiety That May Lead to Destructive or Undesirable Behavior in Puppies and/or Other Animals", which is incorporated in its entirety for all purposes as if fully set forth herein. An impact sensitive talking ball including a plunger that operates a test switch when the ball is squeezed in described in U.S. Pat. No. 5,375,839 to Pagani titled: "Impact Sensitive Talking Ball", which is incorporated in its entirety for all purposes as if fully set forth herein. A game ball with a timer or clock is described in U.S. Pat. No. 6,945,887 to Oister et al. titled: "Game Ball with Clock", which is incorporated in its entirety for all purposes as if fully set forth herein.

In consideration of the foregoing, it would be an advancement in the art to provide a method and system that is simple, cost-effective, faithful, reliable, has a minimum part count, minimum hardware, or uses existing and available components for providing additional amusement, education, entertainment and a better user experience relating to a device such as a ball game, toy and the like, preferably without departing from the conventional 'look and feel' of a common toy or ball. Further, it would be advantageous if such a toy or ball provides added educational value and stimulus for playing, adding to the user experience more curiosity and excitement, as well as added pleasure and amusement and making the toy more versatile and attractive to play with, while being easy to construct and manufacture, robust and consistent in aesthetic appearance and function, and preferably without significantly departing from the conventional 'look and feel' of such a toy or a ball.

## SUMMARY OF THE INVENTION

In one aspect of the invention, a device for signaling in response to a sensed motion is described. The device may be housed in a single enclosure, and may include an accelerometer for sensing the device acceleration, an annunciator for signaling to a person or an animal using visual or audible signaling, and a controller coupled between the accelerometer and the annunciator for activating or controlling the annunciator in response to the sensed device acceleration according to a predetermined logic. A power source is included that may power the electrical components such as the accelerometer, the annunciator, the controller and any other power-consuming components. Each of the annunciator, the power source, the accelerometer, the controller and other of the device components may be mechanically attached to the enclosure.

The power source may include a primary or a rechargeable battery housed in a battery compartment secured in the device enclosure. The battery compartment may be accessed for replacing the battery via an opening in the enclosure, by removing a securely removable cover, which may be having a perforated front surface covering a mating aperture being flush with the surface surrounding the aperture. A power connector on the external surface of the enclosure may be used for connecting to a power source or for charging the battery using a battery charger. The charging may use a DC power from a domestic AC power outlet providing AC powering, using an AC/DC adapter comprising a step-down transformer and an AC/DC converter. In one aspect of the invention, the device is powered from a generator that converts the kinetic energy of the device to an electrical energy, such as by using a coil and a magnetic field, which their relative movement is generated in response to the device motion. The device may be powered or charged contactlessly using induction. In this case, the device further includes an induction coil for wirelessly receiving AC power and charging the rechargeable battery when the device is put in an electromagnetic field.

The accelerometer may be piezoelectric, piezoresistive, capacitive, MEMS or electromechanical switch accelerometer, measuring the magnitude and the direction the device acceleration in a single-axis, 2-axis or 3-axis (omnidirectional).

The device may include one or more annunciators. Each annunciator may be a visual or an audible signaling com-

ponent (or both), operated or controlled by the controller. An annunciator may further contain a smoke generator.

The visual signaling component may contain a visible light emitter based on a semiconductor device (e.g. LED—Light Emitting Diode), an incandescent lamp or a fluorescent lamp. The illumination may be blinking or steady, and can further be used to illuminate part of or all of an image. The visible light emitter positioning, appearance, type, color or steadiness may be associated with the device theme or device shape. The visible light emitter may be a numerical or an alphanumerical display, capable of displaying numbers, letters, symbols, words or characters, which may be displayed as scrolling, static, bold or flashing. The visible light emitter may be a video or image display and may be based on LCD (Liquid Crystal Display), TFT (Thin-Film Transistor), FED (Field Emission Display) or CRT (Cathode Ray Tube).

The audible signaling device may be based on electromechanical or piezoelectric means capable of generating single or multiple tones, and can be a buzzer, a chime or a ringer. In one aspect of the invention, the audible signaling device comprising a loudspeaker and a digital to analog converter coupled to the loudspeaker. The volume, type, steadiness, pitch, rhythm, dynamics, timbre or texture of the sound emitted from the audible signaling device may be associated with the device theme or the device shape. Alternatively, the sound emitted from the audible signaling device is a song or a melody, wherein the song or melody name or content relates to the device theme or shape. In one aspect, the sound emitted from the audible signaling device is a human voice talking sounding of a syllable, a word, a phrase, a sentence, a short story or a long story, using speech synthesis or being pre-recorded.

In one aspect of the invention, the annunciator can be in one out of two states, and wherein the annunciator state is in response to an event defined by the sensed acceleration magnitude or direction exceeding a predefined value. An annunciator state may involve activating it by supplying power from the power supply via a switch, while the other state involves deactivating it by disconnecting the power supply. The control logic is operative to shift the annunciator between states until the next event occurs or for a predetermined period in response to an event or in response to a preset number of events. Further, the annunciator may toggle between states in response to an event or to a preset number of events. The annunciator may also continuously toggle between states, wherein the period in each state, the toggling frequency, the toggling period or the duty-cycle is affected as a response to an event or in response to the number of counted events. Alternatively or in addition, the annunciator may be in one out of a multiple states in response to an event. The annunciator may include multiple components, and the annunciator states may be defined as activating or powering a selected one (or more) of its components. In response to an event or multiple events, the annunciator state may shift between states according to a predictable or random order.

In one aspect of the invention, the controller is used to activate (or deactivate) or control the annunciator based on the sensed motion measured by the accelerometer. The control may use controlling the annunciator powering or via a dedicated control port of the annunciator. The controller may be based on a discrete logic or an integrated device, such as a processor, microprocessor or microcomputer, and may include a general-purpose device or may be a special purpose processing device, such as an ASIC, PAL, PLA, PLD, Field Programmable Gate Array (FPGA), Gate Array, or other customized or programmable device, and may includes a memory that may include a static RAM (random Access Memory), dynamic RAM, flash memory, ROM (Read Only Memory), or any other data storage medium. The memory may include data, programs, and/or instructions and any other software or firmware executable by the processor. The control logic can be implemented in hardware or in software, such as a firmware stored in the memory.

In one aspect, the annunciator activation or control use randomness using a random signal generator. The random signal generator may be based on a digital random signal generator having a digital output. Alternatively, the random signal generator may be based on analog random signal generator having an analog output. Analog random signal generator may use a digital random signal generator whose output is converted to analog using analog to digital converter, or can use a repetitive analog signal generator (substantially not synchronized to any other timing in the system) whose output is randomly time sampled by a sample and hold. A random signal generator (having either analog or digital output) can be hardware based, using a physical process such as thermal noise, shot noise, nuclear decaying radiation, photoelectric effect or other quantum phenomena, or can be software based, using a processor executing an algorithm for generating pseudo-random numbers which approximates the properties of random numbers.

The device may be substantially sphere shaped similar to play ball, and may be used as a toy for the amusement of a person or a pet. The ball shape may be similar to cricket, baseball, basketball, football, soccer, tennis, rugby, golf, or volleyball play ball. Alternatively, the device may be shaped as a handheld unit including two disks attached to both ends of a rod.

The activation or control of the annunciator may be as a response to the combination of the direction or the magnitude of the sensed acceleration, or a combination thereof. One or multiple acceleration thresholds may be defined, and the device may be operative to activate or control the annunciator as a response to the magnitude of the sensed acceleration exceeding one or more of the acceleration thresholds. The device may further comprise a counter, such as an electromechanical counter, mechanical counter, hardware counter or software-based counter, for counting events for counting the times that the magnitude of the sensed acceleration exceeds an acceleration threshold, and according to the counter value to activate or control the annunciator. The annunciator may be a numerical display for displaying a representation of the counter value, or a loudspeaker for saying a representation of the counter value. The device may further comprise a peak-detector and a storage for detecting and storing a peak value of the sensed acceleration, and the annunciator may be activated or controlled according to the measured peak value. The annunciator may be a numerical display for displaying a representation of the peak value, or a loudspeaker for saying a representation of the peak value.

In one aspect, the motion sensor detects or measure the tilt angle of the device and the acceleration along the tilt angle, and the annunciator is activated or controlled in response to the sensed tilt angle value and the sensed acceleration magnitude in the tilt axis. The device may further operative the annunciator where one parameter of the annunciator is activated or controlled in response to the sensed tilt angle value, while another parameter of the annunciator is activated or controlled in response to the acceleration magnitude in the tilt axis. The annunciator may include an audible

signaling component where either the sensed tilt angle value or the sensed acceleration magnitude in the tilt axis affects one or more of the volume, type, frequency, steadiness, pitch, rhythm, dynamics, timbre or texture of the sound emitted from the audible signaling component. Further, the emitted sound may resemble or accurately be the sound of a musical instrument such as drums, piano, tuba, harp, violin, flute or guitar.

The above summary is not an exhaustive list of all aspects of the present invention. Indeed, the inventor contemplates that his invention includes all systems and methods that can be practiced from all suitable combinations and derivatives of the various aspects summarized above, as well as those disclosed in the detailed description below and particularly pointed out in the claims filed with the application. Such combinations have particular advantages not specifically recited in the above summary.

It is understood that other embodiments of the present invention will become readily apparent to those skilled in the art from the following detailed description, wherein are shown and described only embodiments of the invention by way of illustration. As will be realized, the invention is capable of other and different embodiments and its several details are capable of modification in various other respects, all without departing from the scope of the present invention as defined by the claims. Accordingly, the drawings and detailed description are to be regarded as illustrative in nature and not as restrictive.

The above and other features and advantages of the present invention will become more fully apparent from the following description, drawings and appended claims, or may be learned by the practice of the invention as set forth hereinafter. It is intended that all such additional apparatus and advantages be included within this description, be within the scope of the present invention, and be protected by the accompanying claims.

The preferred embodiments of the invention presented here are described below in the drawings and the detailed specification. Unless specifically noted, it is intended that the words and phrases in the specification and the claims be given the plain, ordinary and accustomed meaning to those of ordinary skill in the applicable arts. If any other special meaning is intended for any word or phrase, the specification will clearly state and define the special meaning.

## BRIEF DESCRIPTION OF THE FIGURES

The invention is herein described, by way of non-limiting examples only, with reference to the accompanying figures and drawings, wherein like designations denote like elements. Understanding that these drawings only provide information concerning typical embodiments of the invention and are not therefore to be considered limiting in scope:

FIG. **1** depicts various shapes of game balls;

FIG. **2** illustrates an electrical schematic block diagram of a device according to one aspect of the invention;

FIG. **2***a* illustrates an electrical schematic block diagram of a processor-based control block according to one aspect of the invention;

FIG. **3** illustrates an electrical schematic block diagram of activating an annunciator according to one aspect of the invention;

FIGS. **4***a* and **4***b* depict schematically a ball-shaped device including an LED in an example according to one aspect of the invention;

FIG. **5** illustrates an electrical schematic block diagram of an AC power charging device according to one aspect of the invention;

FIGS. **5***a* and **5***b* depict schematically a ball-shaped device including a LED and AC power recharging in an example according to one aspect of the invention;

FIGS. **6***a* and **6***b* depict schematically a ball-shaped device including a speaker in an example according to one aspect of the invention;

FIGS. **7***a*, **7***b*, **7***c* and **7***e* depict schematically exploded views of a ball-shaped device including a speaker and inductive battery charging system in an example according to one aspect of the invention;

FIG. **7***d* depicts schematically a ball-shaped device including a speaker capable of inductive battery charging in an example according to one aspect of the invention;

FIG. **8** illustrates an electrical schematic block diagram of kinetic to electrical energy charging device according to one aspect of the invention;

FIG. **8***a* illustrates an electrical schematic block diagram inductively charging device according to one aspect of the invention;

FIG. **9** depicts schematically a ball-shaped device including a numerical display in an example according to one aspect of the invention;

FIG. **10** depicts schematically an exploded view of an example of a handheld device according to one aspect of the invention;

FIGS. **10***a*, **10***b* and **10***c* depict schematically front, side and rear views of an example of a handheld device according to one aspect of the invention;

FIG. **10***d* depicts schematically the use of a handheld device according to one aspect of the invention; and

FIGS. **11***a* and **11***b* depict schematically views of an example of a tilted handheld device according to one aspect of the invention.

## DETAILED DESCRIPTION OF EMBODIMENTS

The principles and operation of an apparatus according to the present invention may be understood with reference to the figures and the accompanying description wherein similar components appearing in different figures are denoted by identical reference numerals. The drawings and descriptions are conceptual only. In actual practice, a single component can implement one or more functions; alternatively, each function can be implemented by a plurality of components and devices. In the figures and descriptions, identical reference numerals indicate those components that are common to different embodiments or configurations. Identical numerical references (even in the case of using a different suffix, such as **5**, **5***a*, **5***b* and **5***c*) refer to functions or actual devices that are either identical, substantially similar, or having similar functionality. It will be readily understood that the components of the present invention, as generally described and illustrated in the figures herein, could be arranged and designed in a wide variety of different configurations. Thus, the following more detailed description of the embodiments of the apparatus, system, and method of the present invention, as represented in the figures herein, is not intended to limit the scope of the invention, as claimed, but is merely representative of embodiments of the invention.

Unless specifically stated otherwise, as apparent from the following discussions, it is appreciated that throughout the specification discussions, utilizing terms such as "processing", "computing", "calculating", "determining", "generat-

ing", "creating" or the like, refer to the action and/or processes of a computer or computing system, or processor or similar electronic computing device, that manipulate and/or transform data represented as physical, such as electronic, quantities within the computing system's registers and/or memories into other data, similarly represented as physical quantities within the computing system's memories, registers or other such information storage, transmission or display devices.

Embodiments of the present invention may use terms such as processor, computer, apparatus, system, sub-system, module, unit and/or device (in single or plural form) for performing the operations herein. This may be specially constructed for the desired purpose, or it may comprise a general purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium such as, but not limited to, any type of disk including, optical disks, CD-ROMs, magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), electrically programmable read-only memories (EPROMs), electrically erasable and programmable read only memories (EEPROMs), magnetic or optical cards, or any other type of media suitable for storing electronic instructions, and capable of being coupled to a computer system bus.

The processes/devices (or counterpart terms specified above) and displays presented herein are not inherently related to any particular computer or other apparatus, unless specifically stated otherwise. Various general purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct a more specialized apparatus to perform the desired method. The desired structure for a variety of these systems will appear in the description below. In addition, embodiments of the present invention are not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of the inventions as described herein.

All directional references used herein (e.g., upper, lower, upwards, downwards, left, right, leftward, rightward, top, bottom, above, below, vertical, horizontal, clockwise, and counterclockwise, etc.) are only used for identification purposes to aid the reader's understanding of the present invention, and do not create limitations, particularly as to the position, orientation, or use of the invention.

While the devices herein are described as connected using wires or conductors, any type of conductive transmission line can be equally used. The terms 'wire', 'conductor', 'line', 'transmission line', 'cable', 'wiring', 'wire pair' as used herein should be interpreted to include any type of conductive transmission-line, and specifically a metallic transmission line comprising two or more conductors used to carry electrical signals. Non-limiting examples are coaxial cable, PCB (Printed Circuit Board) connections and twisted pair, the latter including both UTP (Unshielded Twisted-Pair) and STP (shielded twisted-pair), as well as connections within Application Specific Integrated Circuits (ASICs). Similarly, any PAN (Personal Area Network), LAN (Local Area Network), MAN (Metropolitan Area Network) or WAN (Wide Area Network) wiring may be used as the wired medium.

A device **10** according to one aspect of the invention is described in FIG. **2**. The device **10** includes a motion sensor **11**, feeding the sensed motion information to a processing/control block **12**, which operates annunciator **13** in response to the motion sensed by the motion sensor **11**. The device is power fed from a power supply **14**. The motion sensor **11** detects and measures the change in position of the device **10** with respect to time. The motion sensor **10** may include one or more accelerometers, which measures the absolute acceleration or the acceleration relative to freefall. For example, one single-axis accelerometer per axis may be used, requiring three such accelerometers for three-axis sensing. The motion sensor **11** may be a single or multi-axis sensor, detecting the magnitude and direction of the acceleration as a vector quantity, and thus can be used to sense orientation, acceleration, vibration, shock and falling. The motion sensor **11** output may be analog or digital signals, representing the measured values.

The motion sensor **11** may be based on a piezoelectric accelerometer that utilizes the piezoelectric effect of certain materials to measure dynamic changes in mechanical variables (e.g., acceleration, vibration, and mechanical shock). Piezoelectric accelerometers commonly rely on piezoceramics (e.g., lead zirconate titanate) or single crystals (e.g., quartz, tourmaline). Piezoelectric quartz accelerometer is disclosed in U.S. Pat. No. 7,716,985 to Zhang et al. entitled: "Piezoelectric Quartz Accelerometer", U.S. Pat. No. 5,578,755 to Offenberg entitled: "Accelerometer Sensor of Crystalline Material and Method for Manufacturing the Same" and U.S. Pat. No. 5,962,786 to Le Traon et al. entitled: "Monolithic Accelerometric Transducer", which are all incorporated in their entirety for all purposes as if fully set forth herein. Alternatively or in addition, the motion sensor **11** may be based on the Micro Electro-Mechanical Systems (MEMS, a.k.a. Micro-mechanical electrical systems) technology. A MEMS based motion sensor is disclosed in U.S. Pat. No. 7,617,729 to Axelrod et al. entitled: "Accelerometer", U.S. Pat. No. 6,670,212 to McNie et al. entitled: "Micro-Machining" and in U.S. Pat. No. 7,892,876 to Mehregany entitled: "Three-axis Accelerometers and Fabrication Methods", which are all incorporated in their entirety for all purposes as if fully set forth herein. An example of MEMS motion sensor is LIS302DL manufactured by STMicroelectronics NV and described in Data-sheet LIS302DL STMicroelectronics NV, 'MEMS motion sensor 3-axis—±2g/±8g smart digital output "piccolo" accelerometer', Rev. 4, October 2008, which is incorporated in its entirety for all purposes as if fully set forth herein.

Alternatively or in addition, the motion sensor **11** may be based on electrical tilt and vibration switch or any other electromechanical switch, such as the sensor described in U.S. Pat. No. 7,326,866 to Whitmore et al. entitled: "Omnidirectional Tilt and vibration sensor", which is incorporated in its entirety for all purposes as if fully set forth herein. An example of an electromechanical switch is SQ-SEN-200 available from SignalQuest, Inc. of Lebanon, N.H., USA, described in the data-sheet 'DATASHEET SQ-SEN-200 Omnidirectional Tilt and Vibration Sensor' Updated 2009 Aug. 3, which is incorporated in its entirety for all purposes as if fully set forth herein. Other types of motion sensors may be equally used, such as devices based on piezoelectric, piezoresistive and capacitive components to convert the mechanical motion into an electrical signal. Using an accelerometer to control is disclosed in U.S. Pat. No. 7,774,155 to Sato et al. entitled: "Accelerometer-Based Controller", which is incorporated in its entirety for all purposes as if fully set forth herein.

The annunciator **13** may include one or more visual or audible signaling components, or any other devices that indicates a status to the person. In one embodiment according to the invention, the annunciator **13** includes a visual signaling device. In one example, the device illuminates a

visible light, such as a Light-Emitting-Diode (LED), or uses a Liquid Crystal Display (LCD) which uses changes in the reflectivity in an applied electric field. The LED may be a multi-color LED, such as LED Part No. 08L5015RGBC available from RSR Electronics, Inc. from NJ, U.S.A., described in Data-sheet Multi Color LED Part No. 08L5015RGBC, which is incorporated in its entirety for all purposes as if fully set forth herein. However, any type of visible electric light emitter such as a flashlight, an incandescent lamp and compact fluorescent lamps can be used. Multiple light emitters may be used, and the illumination may be steady, blinking or flashing, either independently or under the control of the control block **12**. Further, the illumination can be directed for lighting a surface, such as a surface including an image or a picture. Further, a single single-state visual indicator may be used to provide multiple indications, for example by using different colors (of the same visual indicator), different intensity levels, variable duty-cycle and so forth. Further, the visual signaling may be associated with the device **10** function, theme or shape. Such conceptual relationship may include, for example, the light emitters' brightness, appearance, location, type, color and steadiness that are influenced by the device **10** theme, providing a surprising and illustrative result. In one example, the annunciator **13** is based on a numerical digital display that provides readings in the form of numbers. For example, the annunciator **13** may use the quadruple digits, seven-segments, LED display Part No.: LTC-3610G available from Lite-On Electronics, Inc., and described in Lite-On Electronics, Inc., Publication BNS-OD-C131/A4 downloaded March 2011, which is incorporated in its entirety for all purposes as if fully set forth herein. Similarly, the annunciator **13** is based on an alphanumerical digital display that provides readings in the form of characters, including numbers, letters or symbols. For example, the annunciator **13** may use the quadruple digits, seven-segments, LED display Part No.: LTM-8647AC available from Lite-On Electronics, Inc., and described in Lite-On Electronics, Inc., Publication BNS-OD-C131/A4 downloaded March 2011, which is incorporated in its entirety for all purposes as if fully set forth herein.

The invention can be similarly used to display word messages in a variety of fashions and formats, such as scrolling, static, bold and flashing. The device **10** can further display visual display material beyond words and characters, such as arrows, symbols, ASCII and non-ASCII characters, still images such as pictures and video. The annunciator **13** may use any electronic display or any other output device used for presentation of visual information. The display may be a digital or analog video display, and may use technologies such as LCD (Liquid Crystal Display), TFT (Thin-Film Transistor), FED (Field Emission Display), CRT (Cathode Ray Tube) or any other electronic screen technology that visually shows information such as graphics or text. In many cases, an adaptor (not shown) is required in order to connect an analog display to the digital data. For example, the adaptor may convert to composite video (PAL, NTSC) or S-Video or HDTV signal. Analog displays are commonly using interfaces such as composite video such as NTSC, PAL or SECAM formats. Similarly, analog RGB, VGA (Video Graphics Array), SVGA (Super Video Graphics Array), SCART, S-video and other standard analog interfaces can be used. Further, personal computer monitors, plasma or flat panel displays, CRT, DLP display or a video projector may be equally used. Standard digital interfaces such as an IEEE1394 interface, also known as FireWire™, may be used. Other digital interfaces that can be used are USB, SDI (Serial Digital Interface), FireWire, HDMI (High-Definition Multimedia Interface), DVI (Digital Visual Interface), UDI (Unified Display Interface), DisplayPort, Digital Component Video and DVB (Digital Video Broadcast).

In one example, the device is used for sound or music generation, such as a music toy instrument. The sensed motion may be associated with a musical tune (or a tone) or any other single sound, which is played upon activation of the music-associated annunciator **13**. A timbre sound element may also be used to select the timbre or other tonal characteristics of the output sounds. The sign of the musical tune to be played by the device **10** is printed, engraved or labeled on the device external surface. Further, the sound produced by an annunciator can emulate the sounds of a conventional acoustical music instruments, such as a piano, tuba, harp, violin, flute, guitar and so forth. Further, the device **10** can be shaped as a miniature of the music instrument associated with its sound.

In one embodiment according to the invention, the annunciator includes an audible signaling device, emitting audible sounds that can be heard (having frequency components in the 20-20,000 Hz band). In one example, the device is a buzzer (or beeper), a chime, a whistler or a ringer. Buzzers are known in the art and are either electromechanical or ceramic-based piezoelectric sounders which make a high-pitch noise. The sounder may emit a single or multiple tones, and can be in continuous or intermittent operation. In another example, the sounder simulates the voice of a human being or generates music, typically by using an electronic circuit having a memory for storing the sounds (e.g., click, gong, music, song, voice message, etc.), a digital to analog converter to reconstruct the electrical representation of the sound and driver for driving a loudspeaker, which is an electro-acoustical transducer that converts an electrical signal to sound. An example of a greeting card providing music and mechanical movement is disclosed in U.S. Patent Application 2007/0256337 to Segan entitled: "User Interactive Greeting Card", which is incorporated in its entirety for all purposes as if fully set forth herein. A 'Gong' sound may be generated using SAE 800 from Siemens, described in Data-sheet Programmable Single-/Dual-/Triple-Tone Gong, SAE 800, Siemens semiconductor Group, 02.05,", which is incorporated in its entirety for all purposes as if fully set forth herein.

The audible signaling may be associated with the motion sensed by the device **10**, as well as its theme or shape. For example, the sounder appearance, as well as the sound volume, type and steadiness may be influenced by the theme, providing a surprising and illustrative result. For example, the shape may include household appliance associated with a specific sound such as the ringing of a telephone set, the buzzer of the entrance bell or the bell sound or a microwave oven. Other examples are a horn of an automobile, the rattling 'chik-chuk' sound of a train and a siren of an emergency vehicle such as a police car, an ambulance or a fire-engine truck. In such a case, the sounder will preferably generate a sound which simulates or is similar to the real sound associated with the theme, such as a telephone ringing for a telephone set and a siren sound for a police car. In another example, the device shape includes an animal, and the sounder produces the characteristic sound of the animal, such as barking for a dog, yowling for a cat and twittering of a bird. Such a system can be used for audio-visual learning for teaching small children by association of an object such as a musical instruments or an animal which produces a distinctive sound with the viewable indicia associated therewith.

In one example the sound generated is music or song. The elements of the music such as pitch (which governs melody and harmony), rhythm (and its associated concepts tempo, meter, and articulation), dynamics, and the sonic qualities of timbre and texture, may be associated with the device **10** shape or theme. For example, if a musical instrument shown in a picture or by the shape of the device **10**, the music generated by that instrument will be played, such as drumming sound of drums and playing of a flute or guitar. In one example according to the invention, a song or a melody of a song is played by the annunciator. Preferably, the song (or its melody) may be associated with the device **10** sensed motions, its shape or its theme.

In one example according to the invention, a human voice talking is played by the annunciator. The sound may be a syllable, a word, a phrase, a sentence, a short story or a long story, and can be based on speech synthesis or pre-recorded. Male or female voice can be used, being young or old. The text sounded is preferably associated with the shape or theme. For example, a name of the theme of the system can be heard, such as 'dog', 'truck' and 'mountain'. Further, the story heard may be related to the theme, or can describe the items shown in an image printed on the device **10** enclosure. In another example, general encouraging, thanking or praising phrases can be made such as 'good work', 'excellent' and 'congratulations'. Further, a greeting such as 'Merry Christmas' can be played for a Christmas related theme.

A tone, voice, melody or song sounder typically contains a memory storing a digital representation of the pre-recorder or synthesized voice or music, a digital to analog (D/A) converter for creating an analog signal, a speaker and a driver for feeding the speaker. An annunciator **13**, which includes a sounder, may be based on Holtek HT3834 CMOS VLSI Integrated Circuit (IC) named '36 Melody Music Generator' available from Holtek Semiconductor Inc., headquartered in Hsinchu, Taiwan, and described with application circuits in a data sheet Rev. 1.00 dated Nov. 2, 2006, which is incorporated in their entirety for all purposes as if fully set forth herein. Similarly, the sounder may be based on EPSON 7910 series 'Multi-Melody IC' available from Seiko-Epson Corporation, Electronic Devices Marketing Division located in Tokyo, Japan, and described with application circuits in a data sheet PF226-04 dated 1998, which is incorporated in its entirety for all purposes as if fully set forth herein. A human voice synthesizer may be based on Magnevation SpeakJet chip available from Magnevation LLC and described in 'Natural Speech & Complex Sound Synthesizer' described in User's Manual Revision 1.0 Jul. 27, 2004, which is incorporated in its entirety for all purposes as if fully set forth herein. A general audio controller may be based on OPTi 82C931 'Plug and Play Integrated Audio Controller' described in Data Book 912-3000-035 Revision: 2.1 published on Aug. 1, 1997, which is incorporated in its entirety for all purposes as if fully set forth herein. Similarly, a music synthesizer may be based on YMF721 OPL4-ML2 FM+Wavetable Synthesizer LSI available from Yamaha Corporation described in YMF721 Catalog No. LSI-4MF721A20, which is incorporated in its entirety for all purposes as if fully set forth herein.

Some examples of prior-art toys that include generation of an audio signal such as music are disclosed in U.S. Pat. No. 4,496,149 to Schwartzberg entitled: "Game Apparatus Utilizing Controllable Audio Signals", in U.S. Pat. No. 4,516,260 to Breedlove et al. entitled: "Electronic Learning Aid or Game having Synthesized Speech", in U.S. Pat. No. 7,414,186 to Scarpa et al. entitled: "System and Method for Teaching Musical Notes", in U.S. Pat. No. 4,968,255 to Lee et al. entitled: "Electronic Instructional Apparatus", in U.S. Pat. No. 4,248,123 to Bunger et al. entitled: "Electronic Piano" and in U.S. Pat. No. 4,796,891 to Milner entitled: "Musical Puzzle Using Sliding Tiles", and toys with means for synthesizing human voice are disclosed in U.S. Pat. No. 6,527,611 to Cummings entitled: "Place and Find Toy", and in U.S. Pat. No. 4,840,602 to Rose entitled: "Talking Doll Responsive to External Signal", which are all incorporated in their entirety for all purposes as if fully set forth herein. A music toy kit combining music toy instrument with a set of construction toy blocks is disclosed in U.S. Pat. No. 6,132,281 to Klitsner et al. entitled: "Music Toy Kit" and in U.S. Pat. No. 5,349,129 to Wisniewski et al. entitled: "Electronic Sound Generating Toy", which are incorporated in their entirety for all purposes as if fully set forth herein.

In one example according to the invention, the annunciator includes a smoke generation unit, mimicking the generation of a real life smoking such as a smoke of a real train. Preferably, such implementation may relate to a theme of a train having a smoking locomotive or a fire. Some examples of smoke generation units are disclosed in U.S. Pat. No. 6,280,278 to Wells entitled: "Smoke Generation System for Model Top Applications" and U.S. Pat. No. 7,297,045 to Pierson et al. entitled: "Smart Smoke Unit", which are all incorporated in their entirety for all purposes as if fully set forth herein.

The device **10** is powered from a power supply **14** connected to electrically power part or all of the power-consuming components of the device **10**. The power supply **14** may be a power source which is integrated into the device **10** enclosure, such as a battery, either primary or rechargeable type, which may reside in a battery compartment. Alternatively, the power source may reside external to the device enclosure and is feeding the local power supply **14**, such as powering from AC power outlet via common AC/DC adapter containing a step-down transformer and an AC to DC converter (rectifier). A DC/DC converter may be used in order to adapt the power voltage from a source into one or more voltages used by the various electrical circuits.

The battery may be a primary or a rechargeable (secondary) type, may include a single or few batteries, and may use various chemicals for the electro-chemical cells, such as lithium, alkaline and nickel-cadmium. Common batteries are manufactured in defined output voltages (1.5, 3, 4.5, 9 Volts, for example), as well as defined standard mechanical enclosures (usually defined by letters "A", "AA", "B", "C" sizes etc., and 'coin' type). In one embodiment the battery (or batteries) is held in a battery holder, and thus can be easily replaced.

As an alternative or as addition to using battery as a power source, the system can be power fed from the AC power supply, and thus may include an AC/DC converter, for converting the AC power (commonly 115 VAC/60 Hz in North America and 220 VAC/50 Hz in Europe) into the required DC voltage or voltages. Such small outlet plug-in step-down transformer shape can be used (also known as wall-wart, "power brick", "plug pack", "plug-in adapter", "adapter block", "domestic mains adapter", "power adapter", or AC adapter) as known in the art and typically involves converting 120 or 240 volt AC supplied by a power utility company to a well-regulated lower voltage DC for electronic devices. The AC adapters commonly include a step down transformer for reducing to non-hazardous potential such as 12V or 9V, connected to a DC rectifier to supply a DC voltage (such as 12 VDC or 9 VDC).

The control block **12** receives the signals representing the magnitude and the direction of the motion sensed by the

motion sensor **11**, and controls the operation of the annunciator **13** based on a logic embedded in it. The annunciator **13** may be operated based on the magnitude of the sensed motion, such as a threshold mechanism activating the annunciator when the motion sensed exceeds a pre-defined value. In another example, the annunciator is activated in response to the value measured. Similarly, the logic in the control block **12** may also activate the annunciator in response to the direction of the motion sensed by the motion sensor **11**. Further, the logic may involve any combination of magnitude and direction of the sensed motion.

The control block **12** embedded logic may also use the timing information relating to the motion, such as the change of the magnitude and/or the direction of the motion over time. For example, a timer may be used for measuring the time between successive hits. Further, a timer may be used in order to activate (or de-activate) an annunciator for a defined period as a response to an event such as sensing an acceleration magnitude exceeding a predefined threshold. Timing information may use timers that may be implemented as a monostable circuit, producing a pulse of set length when triggered. In one example, the timers are based on RC based popular timers such as 555 and 556, such as ICM7555 available from Maxim Integrated Products, Inc. of Sunnyvale, Calif., U.S.A., described in the data sheet "General Purpose Timers" publication number 19-0481 Rev.2 11/92, which is incorporated in its entirety for all purposes as if fully set forth herein. Examples of general timing diagrams as well as monostable circuits are described in Application Note AN170 "NE555 and NE556 Applications" from Philips semiconductors dated 12/1988, which is incorporated in its entirety for all purposes as if fully set forth herein. Alternatively, a passive or active delay line may be used. Further, a processor based delay line can be used, wherein the delay is set by its firmware.

The control block **12** electronic circuits (e.g., integrated circuit (IC) and related devices) may be based on a discrete logic or an integrated device, such as a processor, microprocessor or microcomputer, and may include a general-purpose device or may be a special purpose processing device, such as an Application-Specific Integrated Circuit (ASIC), PAL, Programmable Logic Array (PLA), Programmable Logic Device (PLD), Field Programmable Gate Array (FPGA), Gate Array, or other customized or programmable device. For example, a timer can be implemented by a counted loop executed in software. In the case of a programmable device as well as in other implementations, a memory is required. The memory may include a static RAM (random Access Memory), dynamic RAM, flash memory, ROM (Read Only Memory), or any other data storage medium. The memory may include data, algorithms, programs, and/or instructions and any other software or firmware executable by the processor. The control logic can be implemented in hardware or in software, such as a firmware stored in the memory. The term "processor" herein is meant to include any integrated circuit or other electronic device (or collection of devices) capable of performing an operation on at least one instruction including, without limitation, reduced instruction set core (RISC) processors, CISC microprocessors, microcontroller units (MCUs), CISC-based central processing units (CPUs), and digital signal processors (DSPs). The hardware of such devices may be integrated onto a single substrate (e.g., silicon "die"), or distributed among two or more substrates. Furthermore, various functional aspects of the processor may be implemented solely as software or firmware associated with the processor. In accordance with various embodiments of the present disclosure, the methods described herein may be implemented by software programs executable by a processor or a computer system. Further, in an exemplary, non-limited embodiment, implementations can include distributed processing, component/object distributed processing, and parallel processing. Alternatively, virtual computer system processing can be constructed to implement one or more of the methods or functionality as described herein.

While the computer-readable medium is shown to be a single medium, the term "computer-readable medium" includes a single medium or multiple media, such as a centralized or distributed database, and/or associated caches and servers that store one or more sets of instructions. The term "computer-readable medium" shall also include any medium that is capable of storing, encoding or carrying a set of instructions for execution by a processor or that cause a computer system to perform any one or more of the methods or operations disclosed herein. In a particular non-limiting, exemplary embodiment, the computer-readable medium can include a solid-state memory such as a memory card or other package that houses one or more non-volatile read-only memories. Further, the computer-readable medium can be a random access memory or other volatile re-writable memory. Additionally, the computer-readable medium can include a magneto-optical or optical medium, such as a disk or tapes or other storage device to capture carrier wave signals such as a signal communicated over a transmission medium. Accordingly, the disclosure is considered to include any one or more of a computer-readable medium or a distribution medium and other equivalents and successor media, in which data or instructions may be stored.

Common forms of computer-readable media include, for example, a floppy disk, a flexible disk, hard disk, magnetic tape, or any other magnetic medium, a CD-ROM, any other optical medium, punch-cards, paper-tape, any other physical medium with patterns of holes, a RAM, a PROM, and EPROM, a FLASH-EPROM, any other memory chip or cartridge, a carrier wave as described hereinafter, or any other medium from which a computer can read.

FIG. **2** is a block diagram that illustrates a processor-based control block **20** upon which an embodiment of a control block **12** may be implemented. The control block **20** may be integrated or used as a portable electronic device such as notebook/laptop computer, a media player (e.g., MP3 based or video player), a cellular phone, a Personal Digital Assistant (PDA), an image processing device (e.g., a digital camera or video recorder), and/or any other handheld computing devices, or a combination of any of these devices. Note that while FIG. **2** illustrates various components of a computer system, it is not intended to represent any particular architecture or manner of interconnecting the components; as such details are not germane to the present invention. It will also be appreciated that network computers, handheld computers, cell phones and other data processing systems which have fewer components or perhaps more components may also be used with the present invention. The computer system of FIG. **2** may, for example, be an Apple Macintosh computer or Power Book, or an IBM compatible PC. Computer/control/logic system **20** includes a bus **24**, an interconnect, or other communication mechanism for communicating information, and a processor (or a Central Processing Unit—CPU) **25**, commonly in the form of an integrated circuit, coupled with bus **24** for processing information and for executing the computer executable instructions. Computer/logic/control system **20** also includes a main memory **22**, such as a Random Access Memory (RAM) or other dynamic storage device, coupled

to bus **24** for storing information and instructions to be executed by processor **25**. Main memory **22** also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor **25**. Computer/control/logic system **20** further includes a Read Only Memory (ROM) **21** (or other non-volatile memory) or other static storage device coupled to bus **24** for storing static information and instructions for processor **25**. A storage device **23**, such as a magnetic disk or optical disk, a hard disk drive for reading from and writing to a hard disk, a magnetic disk drive for reading from and writing to a magnetic disk, and/or an optical disk drive (such as DVD) for reading from and writing to a removable optical disk, is coupled to bus **24** for storing information and instructions. The hard disk drive, magnetic disk drive, and optical disk drive may be connected to the system bus by a hard disk drive interface, a magnetic disk drive interface, and an optical disk drive interface, respectively. The drives and their associated computer-readable media provide non-volatile storage of computer readable instructions, data structures, program modules and other data for the general purpose computing devices. Typically computer system **20** includes an operating system (OS) stored in a non-volatile storage for managing the computer resources and provides the applications and programs with an access to the computer resources and interfaces. An operating system commonly processes system data and user input, and responds by allocating and managing tasks and internal system resources, such as controlling and allocating memory, prioritizing system requests, controlling input and output devices, facilitating networking and managing files. Examples of operating systems are Microsoft Windows, Mac OS X, and Linux.

The invention is related to the use of computer/control/logic system **20** for implementing the methods and techniques described herein. According to one embodiment of the invention, those methods and techniques are performed by computer/control/logic system **20** in response to processor **25** executing one or more sequences of one or more instructions contained in main memory **22**. Such instructions may be read into main memory **22** from another computer-readable medium, such as storage device **23**. Execution of the sequences of instructions contained in main memory **22** causes processor **25** to perform the process steps described herein. In alternative embodiments, hard-wired circuitry may be used in place of or in combination with software instructions to implement the invention. Thus, embodiments of the invention are not limited to any specific combination of hardware circuitry and software.

The control system **20** may communicate with the motion sensor **11** and the annunciator **13** via a digital communication link using Communication Interface **26** coupled to bus **24**. In the case of a motion sensor **11** having an analog output, an Analog-to-Digital (A/D) converter **27** which converts continuous signals to discrete digital numbers is used, coupled between the motion sensor **11** and the bus **24**. In the case the annunciator **13** is having an analog input, a Digital-to-Analog (D/A) converter **28** which converts a digital (usually binary) code to an analog signal (current, voltage or electric charge) coupled between the annunciator **13** and the bus **24**. Other signal conditioning may also be applied in order to improve the handling of the motion sensor output or to adapt to control or activate the annunciator, such as attenuation, delay, filtering, amplifying, digitizing and any other signal manipulation.

The term 'random' in these specifications and claims is intended to cover not only pure random, non-deterministically and non-predicted generated signals, but also pseudo-random, deterministic signals such as the output of a shift-register arrangement provided with a feedback circuit as used to generate pseudo-random binary signals or as scramblers, and chaotic signals. In one aspect of the invention, a randomness factor is included in the device. The stochastic operation may add amusement and recreation to the system or device operation since the operation will be surprising, non-repetitive and cannot be predicted.

In one aspect of the invention randomness may be used. Randomness is commonly implemented by using random numbers, defined as a sequence of numbers or symbols that lack any pattern and thus appear random, are often generated by a random number generator. A random number generator (having either analog or digital output) can be hardware based, using a physical process such as thermal noise, shot noise, nuclear decaying radiation, photoelectric effect or other quantum phenomena. Alternatively, or in addition, the generation of the random numbers can be software based, using a processor executing an algorithm for generating pseudo-random numbers which approximates the properties of random numbers.

A digital random signal generator (known as random number generator) wherein numbers in binary form replaces the analog voltage value output may be used. One approach to random number generation is based on using linear feedback shift registers. An example of random number generators is disclosed in U.S. Pat. No. 7,124,157 to Ikake entitled: "Random Number Generator", in U.S. Pat. No. 4,905,176 to Schulz entitled: "Random Number Generator Circuit", in U.S. Pat. No. 4,853,884 to Brown et al. entitled: "Random Number Generator with Digital Feedback" and in U.S. Pat. No. 7,145,933 to Szajnowski entitled: "Method and Apparatus for generating Random signals", which are incorporated in its entirety for all purposes as if fully set forth herein.

A digital random signal generator can be based on 'True Random Number Generation IC RPG100/RPG100B' available from FDK Corporation and described in the data sheet 'Physical Random number generator RPG100.RPG100B' REV. 08 publication number HM-RAE106-0812, which is incorporated in its entirety for all purposes as if fully set forth herein. The digital random signal generator can be hardware based, generating random numbers from a natural physical process or phenomenon, such as the thermal noise of semiconductor which has no periodicity. Typically, such hardware random number generators are based on microscopic phenomena such as thermal noise, shot noise, nuclear decaying radiation, photoelectric effect or other quantum phenomena, and typically contain a transducer to convert some aspect of the physical phenomenon to an electrical signal, an amplifier and other electronic to bring the output into a signal that can be converted into a digital representation by an analog to digital converter. In the case where digitized serial random number signals are generated, the output is converted to parallel, such as 8 bits data, with 256 values of random numbers (values from 0 to 255). Alternatively, the digital random signal generator **582** can be software (or firmware) based, such as pseudo-random number generators. Such generators include a processor for executing software that includes an algorithm for generating numbers, which approximates the properties of random numbers.

The random signal generator (either analog or digital) may output a signal having uniform distribution, in which there is a substantially or purely equal probability of a signal

falling between two defined limits, having no appearance outside these limits. However, Gaussian and other distribution may be equally used.

The annunciator **13** may be powered from the same power supply **14** as the one powering the associated device, or may be powered from a dedicated or separated power source. In one example, the annunciator **13** activation may include its powering by the power supply **14** by a switch connected between a power supply **14** and the annunciator **13**, where the switch is activated based on the activation signal. Such a scheme is exampled in a device **30** shown in FIG. **3**, describing a logic block **12** including an electrically activated switch **31**, operated via a control port **32**, connected between the power supply **14** and the annunciator **13**. The logic in the control block **12** activates the switch **31** via the control port **32**, which in turn power the annunciator **13** from the power supply **14**. In one embodiment, the annunciator **13** is toggle controlled, wherein each triggering event causes the annunciator **13** to switch to an alternate state, for example by using a toggle switch as an alternative or as an addition to the on/off switch **31**. The switch **31** may be implemented by relay contacts, wherein control line **32** is a control signal used to energize and de-energize the coil of the relay, or may be implemented using solid state circuitry such as a solid-state relay, an optocoupler or any other controlled switches known in the art.

The control block **12** uses control port **32** for selectively energizing and de-energizing the annunciator **13** via the switch **31**. For a non-limiting example, in the case wherein the annunciator **13** is a LED (or any other illuminating device), the control block **12** logic may turn the light on or off via the control port **32**. Similarly, a flashing light can be obtained by periodically providing the power to the LED by the control block **12**. Similarly, in the case wherein annunciator **13** is a buzzer, the continuity, duty-cycle and time of operation can be controlled by the control block **12**. In some cases controlling the annunciator **13** is not made via switching its power but rather by a control port, preferably digital, provided in the annunciator **13**. Examples of control blocks, annunciators and means and methods for controlling or activating payloads such as an annunciator are described in U.S. Patent Application Publication 2011/0012661 to Binder titled: "Sequentially Operated Modules" and in U.S. Patent Application Publication 2011/0031689 to Binder titled: "Puzzle with Conductive Path", both are incorporated in their entirety for all purposes as if fully set forth herein.

In one example, a 'hit' of the device **10** is detected by sensing any acceleration above a pre-defined magnitude. For example, the threshold value is determined such as to sense throwing, kicking or catching of the ball **10**. In such a case, the logic **12** (or the motion sensor **11**) is set to detect any acceleration in any direction which is above 2g. The annunciator **13** is responsive to such sensed 'hit'. In one case, the annunciator has two states, activated ('ON') and deactivated ('OFF"), such as a lamp having 'lit' and 'blank' states or a buzzer having 'silent' and 'buzz' states. In such a case, the annunciator **13** may be activated for a pre-defined time (e.g. 2 seconds) any time a 'hit' is detected. Alternatively, the annunciator **13** changes states between 'ON' and 'OFF' each time a hit is sensed, such that it is activated only after odd number of hits, and stays deactivated after even numbers of hits. In another example, the annunciator **13** is responsive to the number of hits detected, for example during a defined period or counted as long as pre-set period between hits has not expired. In such example, the annunciator **13** is activated only after pre-set number of hits. For example, the annunciator **13** enters 'ON' state only after 10 hits were detected in a 15 seconds period. Alternatively, the annunciator **13** enters 'ON' state after 10 hits, wherein the measured time between successive hits is less than 4 seconds.

The annunciator **13** may annunciate by cycling between 'ON' and 'OFF' states (such as lamp flashing), where the annunciator **13** is activated intermittently few times for a short duration each time, where either the activating rate or the number of 'ON' periods are based on the sensed motion. Preferably, during such activation the period of time of the 'ON' state is equal to the period of the 'OFF' state. For example, the annunciator **13** may flash according to the number of sensed hits in a pre-defined period, or as long as hits are being sensed, or the number of sensed hits is accumulated and stored, and shown as the numbers of short activations after a pre-set rest period (when no hits are sensed during that period). Similarly, the annunciator **13** is activated in response to the magnitude of a sensed hit. For example, a strong hit, such as sensed by high magnitude of acceleration, will affect the number of the cycles, where a hit of 10g may result in 10 activation cycles, and a hit of 5g will create a response of 5 cycles. In such a case, the logic block **12** may include few thresholds at different acceleration magnitude levels, where crossing higher threshold will result in more number of blinks. Alternatively or in addition, the hits count or the hit magnitude may be used to change the rate of the annunciator **13** cycling, where higher hits count or stronger hit will affect higher frequency or duty-cycle.

While the operation of the annunciator **13** has been described above as having two states, non-activated ('OFF' state) and activated ('ON' state), the annunciator **13** activation or control may also be continuous level control such as changing the illumination intensity in a lamp, where changing of the light energy or power emitted, or the sounding volume of a buzzer or any other sounder. In such configuration, the annunciator **13** level control is based on the motion sensed by the motion sensor **11**. For example, the level may be increased at each hit sensed or based on the number of hits sensed in a defined period. Similarly, the annunciator **13** level may reflect the strength of the hit sensed by measuring the peak of the acceleration magnitude. The changing level may be combined with the number of cycles, the duty cycle or any other activation scheme of the annunciator **13**.

In one example, the annunciator **13** can be in one out of multiple states as controlled by the logic block **12**. For example, the annunciator **13** may be a multi-color LED, where one of the colors is illuminating under a control. Similarly, the annunciator **13** may be a sounder that can be controlled to emit one out of different tones, say one word out of many, and play a selected music out of a list of songs and the like. In such a case, one of the states may be activated as a response for a single hit, the number of hits sensed or as a response to the hit magnitude, one of states of the annunciator **13** is activated. For example, the annunciator **13** state may be changing (e.g., according to a pre-set states changing scheme) after each hit sensed. In another example, the number of hits is reflected in the annunciator **13** state. Similarly, multiple annunciators may be used, where the annunciation is based on activating one of the annunciators, or based on the activation of a combination of the annunciators.

In one example, randomness is added to the logic that activates or controls the annunciator **13** in response to the acceleration sensed by the motion sensor **46**. For example, the random activation of the annunciator **13** in response to a sensed hit may be implemented. In the case where 55% is the pre-set probability embedded in the ball **40** logic, only

55% of the hits results in any activation of the annunciator **13**, or any other change in its state. Similarly, any other type of the annunciator **13** activation such as duty-cycle, cycling, state changing may be random-based, adding to the amusement of playing with it.

The logic block **12** may include a counter for calculating and storing the number of times a particular event or process has occurred. For example, a counter may be used to count the number of times sensed acceleration was above a pre-determined threshold ('hit'). The annunciator **13** may display the counter value, or alternatively the annunciator **13** may be activated or controlled based on the event count. Further, the annunciator **13** may be activated or controlled based on an event when the counted number exceeds a pre-determined value. For example, an annunciator may activate a lamp when the number of sensed hits exceeds the number five. The annunciator **13** may be a numerical display for visually indicating the number of hits or any other value based on the counter value. The counter may be implemented in software (or firmware), where a register content is used to store consecutive integers representing the events count. Further, a counter may be mechanical or electromechanical, as known in the art. Alternatively or in addition, a counter may be electronically implemented by a digital hardware using flip-flops. Example of electronic counters having a numerical display that may be used are electronic pulse counter model Codix 130 and LCD module 192 available from Fritz Kübler GmbH and respectively described in Fritz Kübler GmbH catalog Pulse Counters, electronic chapter, describing LCD Module 192 in page 77 and Codix 130 in pages 56-57, which are incorporated in their entirety for all purposes as if fully set forth herein.

Ball.

In one aspect of the invention, the device **10** is shaped as a ball or any other toy-like structure. Such a ball can be used in any ball game, such as dribbling, kicking, catching and other, wither for a single player or where two persons are throwing the ball from one to the other, where annunciator **13** responds to the playing activities, based on a logic in the logic block **12**. Preferably, the components of the device are mounted centrally in the ball structure so that the ball is not untowardly unevenly balanced due to any significant off-center weighting. Further, the ball may be filled with plastic foam.

Additional possible shapes include interior cavity shapes equivalent to sphere, multi-sphere, egg, football, ovoid and multi-ovoid shapes; unlimited exterior shapes including but not limited to those of the interior shapes plus irregular spheres in the approximate size and with the approximate texture of a scoop of ice cream, animal figures, geometric shapes, spikes, vegetable and fruit shapes, other food product shapes such as a roast chicken, beef knuckle bone, irregular shapes, novelty shapes and the like that would additionally allow for pleasant grabbing texture and surface variety for a pet or a person. Preferably the shape allows for regular or irregular rolling patterns.

In one example, the device **10** is enclosed in a soccer-shaped ball **40** used as a toy shown in FIGS. **4***a* and **4***b*. The power supply **14** is implemented by the battery **45** (primary or rechargeable), housed in a cavity inside the ball **40**. A cover **41** is removably secured to the ball housing, and the can be mounted into or removed from the ball **40** structure using screws via the holes **43***a* and **43***b*, thus allowing for replacement of the battery **45** upon its exhaustion. The cover **41** conforms to the outer surface of the ball **40** and fits flush with the outer surface that surrounds the aperture into which the cover **41** is inserted. An LED **42** is mounted on the cover **41**, providing a visual indication to the user/player. The motion sensor **11** is implemented using a PCB (Printed Circuit Board) mounted 3-axis accelerometer **46**. A PCB **47** is used as a mechanical base and for electrical connection of the electronic components implementing part or all of the logic block **12** functionalities. The LED **42** is connected to the electronic circuits on the PCB **47** via wires **44***a* and **44***b*. Similarly, the battery **45** is connected to the PCB **47** circuits in order to power them. FIG. **4***a* shows the ball **40** open having the cover **41** separated from the enclosure of the ball **40**, and FIG. **4***b* shows the cover **41** attached as part of the ball **40** structure, thus forming a substantially spherical body resembling a common play ball.

The ball **40** is can be used in any ball game, such as dribbling, kicking, catching and other, wither for a single player or where two persons are throwing the ball from one to the other, where visual indication by the LED **42** responds to the playing activities. The cover **41** may alternatively be secured to ball **40** housing opening using bayonets. Further, the ball **40** housing may be comprised of two half spheres that may mate together along a substantially circular edge, where one half sphere includes a plurality of sockets positioned to circumference for mating with a plurality of corresponding pins in the second half sphere, as described for example in U.S. Pat. No. 6,484,671. Alternatively or in addition, the ball components may be housed in a cylindrical plastic housing that is housed in the ball which is formed with peripheral formations and aperture to house the cylinder, as described for example in U.S. Pat. No. 5,375,839.

In one example, a 'hit' of the play ball **40** is detected by sensing any acceleration above a pre-defined magnitude. The threshold value is determined such as to sense the throwing, kicking or catching of the ball **40**. For example, the logic **12** will be set to detect any acceleration in any direction which is above 2g. The LED **42** is responsive to such sensed bounce or 'hit'. In one example, the LED **42** lit for a pre-defined time (e.g. 2 seconds) any time a 'hit' is detected. Alternatively, the LED **42** changes states between blanking to lighting each time a hit is sensed, such that it will illuminate only after an odd number of hits, and stays blank after even numbers of hits. In another example, the LED **42** is responsive to the number of hits detected, for example during a defined period or counted as long as pre-set period between hits has not expired. In such example, the LED **42** lit only after pre-set number of hits. For example, the LED **42** lit only after 10 hits were detected in a 15 seconds period. Alternatively, the LED **42** lit after 10 hits, wherein the measured time between successive hits is less than 4 seconds.

The LED **42** may annunciate by flashing or blinking, where the LED **42** is gleaming or glowing intermittently few times for a short duration each time, where either the blinking rate or the number of lit periods are based on the sensed motion. Preferably, during flashing the period of time of illumination is equal to the period of non-illumination. For example, the LED **42** may flash according to the number of sensed hits in a pre-defined period, or as long as hits are being sensed, or the number of sensed hits is accumulated and stored, and shown as the numbers of blinks after a pre-set rest period (when no hits are sensed during that period). Similarly, the LED **42** is activated in response to the magnitude of a sensed hit. For example, a strong hit, such as sensed by high magnitude of acceleration, will affect the number of blinks, where a hit of 10g may result in 10 blinks, and a hit of 5g will create a response of 5 blinks. In such a case, the logic block **12** may include few thresholds at different acceleration magnitude levels, where crossing

higher threshold will result in more number of blinks. Alternatively or in addition, the hit count or the hit magnitude may be used to change the blinking rate of the LED **42**, where higher hits count or stronger hit will affect higher flashing rate or duty-cycle.

While the operation of the LED **42** has been described above as having two states, blank ('OFF' state) and lit ('ON' state), the LED **42** activation or control may also be continuous such as changing the illumination intensity, or any other changing of the light energy or power emitted. In such configuration, the LED **42** illumination intensity is based on the motion sensed by the motion sensor **46**. For example, the illumination intensity may be increased at each hit sensed or based on the number of hits sensed in a defined period. Similarly, the LED **42** illumination intensity may reflect the strength of the hit sensed by measuring the peak of the acceleration magnitude. The changing intensity may be combined with the number of flashes, the duty cycle or any other activation scheme of the LED **42**.

In one example, the LED **42** is a multi-color LED, and one of the colors is illuminated as a response for a single hit, the number of hits sensed or as a response to the hit magnitude. For example, the LED **42** color is changing (e.g., according to a pre-set color changing scheme) after each hit sensed. In another example, the number of hits is reflected in the LED **42** emitted color. Further, the color is darker (or lighter) or otherwise affected by the measured magnitude of the acceleration. Similarly, multiple single-color LEDs may be used, where the annunciation is based on the LED that illuminates, or based on the combination of the illuminating LEDs.

In one example, randomness is added to the logic that activates or controls the LED **42** in response to the acceleration sensed by the motion sensor **46**. For example, the random activation of the LED **42** in response to a sensed hit may be implemented. In the case where 55% is the pre-set probability embedded in the ball **40** logic, only 55% of the hits results in any activation of the LED **42**, or any other change in its state. Similarly, any other type of the LED **42** activation such as duty-cycle, flashing, color changing (in the case of multi-color LED) may be random-based, adding to the amusement of playing with it.

While the soccer-shaped ball **40** described above included a LED **42** as a visual indicator implementing the annunciator **13**, the invention equally applies to the case of a ball **60** including an audible annunciator (as an alternative or addition to the LED **42**) as shown in FIGS. **6***a* and **6***b*, where FIG. **6***a* shows an exploded view of the ball **60**. The power supply **14** is implemented by the battery **45** (primary or rechargeable), housed in a cavity inside the ball **60**. A cover **61** can be mounted into or removed from the ball **60** structure mating circular aperture using screws via the holes **43***a* and **43***b*, thus allowing for replacement of the battery **45** upon its draining. A speaker **64** is attached the cover **61**, providing an audible indication such as voice or any other sound to the user/player via the holes screen **62**. The motion sensor **11** is implemented using a PCB (Printed Circuit Board) mounted 3-axis accelerometer **46**. A PCB **65** is used as a mechanical base and for electrical connection of the electronic components implementing part or all of the logic block **12** functionalities. The speaker **64** is connected to the electronic circuits on the PCB **65** via wires **63***a* and **63***b*. Similarly, the battery **45** is connected to the PCB **65** circuits in order to power them. FIG. **4***a* shows the ball **60** open having the cover **61** separated from the housing of ball **60**, and FIG. **4***b* shows the cover **61** attached as part of the ball **60** structure, thus forming a substantially spherical body resembling a common play ball. The ball **60** is can be used in any ball game, such as dribbling, kicking, catching and other, wither for a single player or where two persons are throwing the ball from one to the other, where the sound emitted from the speaker **64** responds to the playing activities.

In one example, a 'hit' of the play ball **40** is detected by sensing any acceleration above a pre-defined magnitude. The threshold value is determined such as to sense the throwing, kicking or catching of the ball **40**. For example, the logic **12** will be set to detect any acceleration in any direction which is above 2g. The LED **42** is responsive to such sensed 'hit'. In one example, the LED **42** lit for a pre-defined time (e.g. 2 seconds) any time a 'hit' is detected. Alternatively, the LED **42** changes states between blanking to lighting each time a hit is sensed, such that it will illuminate only after an odd number of hits, and stays blank after even numbers of hits. In another example, the LED **42** is responsive to the number of hits detected, for example during a defined period or counted as long as pre-set period between hits has not expired. In such example, the LED **42** lit only after pre-set number of hits. For example, the LED **42** lit only after 10 hits were detected in a 15 second period. Alternatively, the LED **42** lit after 10 hits, wherein the measured time between successive hits is less than 4 seconds.

The speaker **64** may annunciate by sounding tone, ring, voice, melody or song, as well as text-based message such as syllable, word, phrase or sentence, under the control of the embedded logic. The speaker **64** may provide the sound continuously or intermittently, such as few cycles of a short duration on each time, where either the sounding repetition rate or the number of sounding periods are based on the sensed motion. Preferably, during cycling the period of time of sounding is equal to the period of silencing. For example, the speaker **64** may ring or emit sounding periods according to the number of sensed hits in a pre-defined period, or as long as hits are being sensed, or the number of sensed hits is accumulated and stored, and shown as the numbers of sounding cycles after a pre-set rest period (when no hits are sensed during that period). Similarly, the speaker **64** may be activated in response to the magnitude of a sensed hit. For example, a strong hit, such as sensed by high magnitude of acceleration, will affect the number of the sounding cycles, where a hit of 10g may result in 10 cycles, and a hit of 5g will create a response of 5 sounding cycles. In such a case, the logic block **12** may include few thresholds at different acceleration magnitude levels, where crossing higher threshold will result in more number of cycles. Alternatively or in addition, the hits count or the hit magnitude may be used to change the sounding rate of the speaker **64**, where higher hits count or stronger hit will affect higher sounding rate or duty-cycle.

While the operation of the speaker **64** has been described above as having two states, silence ('OFF' state) and sounding ('ON' state), the speaker **64** activation or control may also be continuous such as changing the tone frequency or the sound volume, or any other changing of the emitted acoustic signal. In such configuration, the volume emitted by the speaker **64** (or its frequency or both) is based on the motion sensed by the motion sensor **46**. For example, the volume may be increased at each hit sensed or based on the number of hits sensed in a defined period. Similarly, the speaker **64** illumination intensity may reflect the strength of the hit sensed by measuring the peak of the acceleration magnitude. The changing volume may be combined with the number or types of the emitted sounds, the duty cycle or any other activation scheme of the speaker **64**.

In one example, the ball **60** is capable of emitting multiple sounds, such as various tones, melodies, words, phrases and the like. Commonly one of the possible sounds is announced as a response for a single hit, the number of hits sensed or as a response to the hit magnitude. For example, the speaker **64** may announce a different word such as 'good work', 'excellent' and 'congratulations' (e.g., according to a pre-set announcing scheme) after each hit sensed. In another example, the number of hits is reflected in the ball **60** emitted voices. In one example, the ball **60** announce the counting of hits sensed, such that the word 'one' will be announced after the first hit, the number 'two' will be announced after the second hit and so forth. Similarly, the ball **60** may announce the strength of the sensed hit, such as based on the peak level of the acceleration sensed. For example, in case of peak acceleration in the range of 4.5-5.5g the ball **60** will announce 'five g', and for the range of 8.9-9.5g the phrase 'nine g' will be announced.

In one example, randomness is added to the logic that activates or controls the sounds emitted by the speaker **64** in response to the acceleration sensed by the motion sensor **46**. For example, random sounding in response to a sensed hit may be implemented, where some of the hits will be responses by a sound and in some the ball remains silent. In the case where 55% is the pre-set probability embedded in the ball **60** logic, only 55% of the hits results in any activation of the speaker **64**, or any other change in its state. Similarly, any other type of the speaker **64** activation such as selecting a one, word, music, word, phrase and others may be random-based selected, adding to the amusement of playing with it.

In another example, a ball **90** having a numeric display **92** is shown in FIG. **9**, added to the LED **42** described as part of the ball **40** shown in FIGS. **4***a*-**4***b*. The numeric display **92** is part of the cover **91**, and is used to display numbers, such as the number '**55**' shown in FIG. **9**. The number displayed may represent the number of hits or the strength of the last sensed hit.

Power.

The ball **40** was described above in FIGS. **4***a* and **4***b* as being powered from the battery **45**. The battery may be a primary battery or cell, in which an irreversible chemical reaction generates the electricity, and thus the cell is disposable and cannot be recharged, and need to be replaced after the battery is drained. Such battery replacement is expensive and cumbersome. Alternatively, a rechargeable (secondary) battery may be used, such as a nickel-cadmium based battery. In such a case, a battery charger is employed for charging the battery while not in use.

A block diagram **50***a* of a rechargeable battery **36** based device according to one aspect of the invention is shown in FIG. **5**. A battery charger **37** is an electrical circuit connected to the rechargeable battery **36** and provides a forced and controlled voltage and/or current to a battery to put electrical energy into it. Various types of such battery chargers are known in the art, such as trickle chargers, pulse chargers and the like. The device **55** enclosure connects via connector **551** to a mating connector **552** for connecting to a power source, such as the AC/DC converter **38**. The AC/DC converter **38** is commonly power fed from a domestic AC power through AC plug **39** and cord **553**, and commonly includes a step-down transformer. The AC/DC converter **38** is used for converting the AC power (commonly 115 VAC/60 Hz or 220 VAC/50 Hz) into the required DC voltage or voltages. Such power supplies are known in the art and typically involves converting 120 or 240 volt AC supplied by a power utility company to a well-regulated lower voltage DC for electronic devices. For example, a small outlet plug-in step-down transformer shape can be used as the AC/DC converter **38**, also known as wall-wart, "power brick", "plug pack", "plug-in adapter", "adapter block", "domestic mains adapter", "power adapter", or AC adapter. The charging associated components, such as the battery charger **37**, the AC/DC converter **38**, the AC plug **39**, and the cable **553**, may be housed in a separate enclosure, and connected via a connector to the device **55** housing, housing the electric cell or cells **36**. Similarly, the AC/DC converter **38** may be housed within the device **55** enclosure, and having a single connector for connecting via cord **553** and AC plug **39** to the AC power supply. Hence, each or both of the battery charger **37** and the AC/DC converter **38** may be integrated with the device **55** enclosure or in a separate housing.

An example of a ball **51** comprising cover **53** and including a rechargeable battery **45** is shown in FIGS. **5***a* and **5***b* respectively showing views **50***b* (showing open cover **53**) and **50***c* (showing cover **53** installed). During charging, an AC/DC converter device **52** (corresponding to AC/DC converter **38**) is used, having prongs **57***a* and **57***b* (corresponding to AC power plug **39**) for connecting to an AC power outlet for receiving the AC power (either 120 VAC (e.g., in North America) or 220 VAC (e.g., in some countries in Europe). The DC power is fed to a load via cord **50** and connector **54** (corresponding to connector **552**). The ball **51** includes a battery charger circuit **37** on the PCB **47**, connected to plug **58** which mates with the feeding socket **54** via wires **56***a* and **56***b*. When engaging the mating connectors **54** and **58** and connecting the AC/DC converter **52** to an AC power source, the battery **45** is being charged, obviating the need to remove the cover **53** for physical access to replace the battery **45**.

In another example, the device is locally energized. Such a device **80** is shown in FIG. **8** using an electrical energy generator **81** to locally generate electrical power for charging the rechargeable battery **36** via the battery charger **37**. Preferably, the generator **81** is integrated within the device **80** enclosure. Alternatively or in addition, the generator **81** may directly feed the power consuming components in the device **80** without using any electrical energy storage device such as the rechargeable battery **36**. Such generator **81** may be based on converting kinetic energy harvested from the device **80** motion, which may be caused by a human or animal activity, to electrical energy. Such generator **81** is described in U.S. Pat. No. 7,692,320 to Lemieux titled: "Electrical Energy Generator", in U.S. Pat. No. 5,578,877 to Tiemann titled: "Apparatus for Converting Vibratory Motion to Electrical Energy", in U.S. Pat. No. 7,847,421 to Gardner et al. titled: "System for Generating Electrical Energy from Ambient Motion" and in U.S. Patent Application 2007/0210580 to Robets et al. titled: "Electromechanical Generator for, and Method of, Converting Mechanical Vibrational Energy into Electrical Energy", as well as a battery-shaped generator described in U.S. Pat. No. 7,688,036 to Yarger et al. titled: "System and Method for Storing Energy", which are all incorporated in their entirety for all purposes as if fully set forth herein. In the case of a device **80** shaped as a ball and used for ball gaming such as ball **40** described in FIGS. **4***a* and **4***b*, the game commonly involves moving the ball, such providing kinetic energy that can be used to power feed the ball power-consuming components. In this case, the battery **45** may be replaced by the battery-shaped generator such as described by Yarger et al.

While the invention was exampled in FIGS. **5***a*-**5***c* above with regard to a direct and conductive charging, thus requiring connectors **58** and **54** to be engaged, in one example a

contactless charging is used, such as by using inductive coupling where the energy is transferred using an electromagnetic field. In inductive coupling a charging station sends energy using a transmitter induction coil to the device to be charged, which includes a receiving induction coil inductively coupled to the transmitter coil. The received power is commonly used to charge a rechargeable battery in the device. In such a configuration there is no need for any connectors or for connector engagement, thus making it easy to use, impermeable to water and dirt and with improved shape and look. A device **85** capable of inductive charging is shown in FIG. **8***a*. The receiving coil **87** is designed to receive energy when properly positioned in an electromagnetic field. The received signal is rectified by rectifier **86** and further processed or conditioned as required. The electric power is then feeding the battery charger **37** which charge the secondary cell **36**. Contactless battery charging systems are described in U.S. Pat. No. 6,208,115 to Binder titled: "Battery Substitute Pack", in U.S. Pat. No. 7,863,859 to Soar titled: "Contactless Battery Charging Apparel", in U.S. Pat. No. 7,872,445 to Ron Hui titled: "rechargeable Battery Powered Portable Electronic Device", in U.S. Pat. No. 7,906,936 to Azancot et al. titled: "rechargeable Inductive Charger", in U.S. Pat. No. 7,863,861 to Cheng et al. titled: "Contact-Less Power Transfer" and in U.S. Pat. No. 7,876,067 to Greenfeld et al. titled: "High Frequency Connector-Less Charging Scheme", which are all incorporated in their entirety for all purposes as if fully set forth herein.

An example of a ball **79** capable of contactless inductive charging and a charging station **72** is shown in FIGS. **7***a*-**7***e*. The ball **70** comprises a receiving coil **73** (corresponding to inductor **87**), connected via wires **74***a* and **74***b* to the PCB **77**, which is carrying the required electronic circuits (such as rectifier **86** and battery charger **37**), hence when the coil **73** is in the electromagnetic field generated by the charger **72**, the rechargeable battery **45** is charged. The charger **72** includes a coil **75** which generates the electromagnetic field, and is fed from the AC power by the AC/DC converter **52** having prongs **57***a* and **57***b*, feeding the charger **72** via the cable **59**. The ball **79** is exampled having an audible annunciator and a cover **71** similar to the ball **60** shown in FIGS. **6***a*-**6***b*. Thus when the ball **79** is placed on the charger **72** such that the coils **73** and **75** are inductively coupled to each other, energy for charging the battery **45** is received from the charger **72**. FIG. **7***a* shows a view **70** of the charging system **72** and the ball **79** where the coil **73** is shown separated from the ball **79** housing, FIG. **7***b* shows a view **70***a* of a cut in the ball **79** when placed on the charger **72** for charging, FIG. **7***c* shows a view **70***b* of the charging system **72** and the ball **79** where the coil **73** and the cover **71** are shown separated from the ball **79** housing, FIG. **7***d* shows a cut view of the ball **79** and FIG. **7***e* shows a view **70***c* of the closed ball **79** placed on the charger **72** for charging.

Handheld Device.

In an aspect of the invention, a handheld device **100** is used, as described in FIGS. **10**-**10***d*. FIG. **10** shows an exploded view of the handheld device **100**, FIGS. **10***a*, **10***b* and **10***c* respectively shows front **105***a*, side **105***b* and rear **105***c* views of the handheld device **100**, and FIG. **10***d* shows a view **105***d* of the device **100** held in a hand **102**. Similar to the ball **60** described in FIGS. **6***a* and **6***b*, the handheld device **100** comprises a cover **101** (similar to the cover **61** of ball **60**). The handheld device **100** includes two thin, flat, circular plates ('disks') mechanically attached to the ends of a long thin cylinder rod, thus allowing easy gripping in a palm. While shown with the loudspeaker **64**, any type of annunciator **13** may be equally used. Another example of a handheld device including an accelerometer and used for control is described in U.S. Pat. No. 7,774,155 to Sato et al. titled: "Accelerometer-Based Controller", which is incorporated in its entirety for all purposes as if fully set forth herein.

In one example, the direction of device **10** such as its tilt is used to activate or control the annunciator **13**, such as the amount of the inclination or bending from a vertical position as sensed by the motion sensor **11**, which can be a tilt detector. FIGS. **11***a* and **11***b* respectively show the views **110***a* and **110***b* of the device **100** in various tilt positions. In view **110***a*, the handheld device **100** axis **112***a* is shown tilted by angle **1 113***a* left from the vertical **111**, while in view **110***b*, the handheld device **100** axis **112***b* is shown tilted by angle **2 113***b* right from the vertical **111**. The tilting angle (such as angle **1 113***a*) is sensed by the motion sensor **46**, and the loudspeaker **64** (corresponding to an annunciator **13**), is activated or controlled according to the sensed tilt angle, such as its sign (right or left) or its value. For example, the tone sounded from the loudspeaker **64** may correspond to the tilting angle.

Further, the acceleration magnitude sensed may also be used in combination to the sensed tilt angle to control the annunciator **13**. For example, the handheld device **100** may be used as a musical instrument. In this case, the tilt angle may correspond to the type of sound heard, and the acceleration sensed in that direction may correspond to the sound volume. In an example, the tilt angle corresponds with a musical note, where the tilt angle range +50 degrees to +40 degrees will affect the musical note 'DO', the tilt angle range +40 degrees to +30 degrees will affect the musical note 'RE', the tilt angle range +30 degrees to +20 degrees will affect the musical note 'MI' and so forth. A hit (such as sensed acceleration magnitude passing a threshold) will result in the playing of the note associated with that tilt angle, while the sounding volume may also be controlled by acceleration magnitude. The sound produced by such devices can emulate the sounds of any conventional acoustical music instruments, such as a piano, tuba, harp, violin, flute, guitar and so forth. In one example, the device can further be shaped as a miniature of the music instrument associated with its emitted sound.

While the invention has been exampled above with regarding to a ball-shaped device such as ball **60** in FIG. **6***a* or as handheld device such as device **100** in FIGS. **10***a*-**10***c*, any enclosure may be equally used. For example, a rectangular cross-section box with all sides flat (or substantially flat) may be used. Similarly, the box used may have (or be based on) a cross section (horizontal or vertical) that is square, elongated, round or oval; sloped or domed top surfaces, or non-vertical sides. Similarly, the shape of a cube or right rectangular prism can be used, or can be based upon. A horizontal or vertical circular cross section can be used (or be based upon) such as simple geometric shapes such as a, cylinder, sphere, cone, pyramid and torus. The device shape may be amorphous, abstract, organic, conceptual, virtual, irregular, regular, figurative, biomorphic, geometric, partially geometric, conventional, unconventional, symmetric and asymmetric. Similarly, the design can be abstract, symbolic, conceptual, virtual, realistic, relating to fantasy or dreams, and representational. Further, the devices and the connecting and attaching scheme can be designed and fabricated to fit any age and ability. Furthermore, the device can be fabricated of natural, man-made, composite and recycled material, such as paper, fabric, metal, wood, stone, rubber, foam, nylon, synthetic polymers, synthetic fibers, hard vinyl, polyamides, reciprocal and plastic. The device

may be hollow or filled. Further, a device may have any suitably rigid, flexible, bendable, multi-sided, electronic, digital, magnetic, stationary, moving, mechanical, reciprocal, sensory-related section, including a mechanism such as activation point, button and switch.

The manner of play using the device according to the invention may be for diversified ages; diversified abilities; diversified approaches; specified age; specified ability; specified approach; creative; artistic; music-oriented; puzzle; recreational; educational; therapeutic; stage-oriented; level-oriented; family-oriented; age-appropriate; selective; thematic; turn indicated; timing indicated; scoring indicated; hierarchical; sequential; matching; choice; according to players, direction, playing order, number of players, teams; procedure indicated; having emission; introductory; junior; standard; intermediate; advanced; professional; numerical; alphabetical; identifying; positioning; pre-determined; improvisational; exchangeable; sharing; rotating; variable; same, different, switch, story, and customize-able.

While the invention has been exampled above with regard to a payload including an annunciator providing visual or audible signaling, it will be appreciated that the invention equally applies to a payload adapted to perform other functions, such as physical movement or other motive functions (e.g., pop-up figure). For example, the payload may include motors, winches, fans, reciprocating elements, extending or retracting, and energy conversion elements. In addition, heaters or coolers may be used. Each of the actuator or movement appearance, location, color, type, shape and functionality may be conceptually related to the device theme (such as image or shape). Further, the payload may include an indicator for indicating free-form, shape, form, amorphous, abstract, conceptual, representational, organic, biomorphic, partially geometric, conventional, unconventional, multi-sided, natural, figurative, recognizable concept, geometric, amorphous, abstract, organic, virtual, irregular, regular, biomorphic, conventional, unconventional, symmetric, asymmetric, man-made, composite, geometric, letter, number, code, and symbol. Furthermore, the payload may be indicating associated information such as indicia, indicator, theme indicator, turn indicator, timing indicator, game piece indicator, emission indicator, emission device, playing area indicator, scoring indicator, and procedure indicator. Further, the device may include sensors that will be part of the formed electrical circuit, such as photocells, voltage or current detectors, pressure detectors or motion detector and manually or automatically operated switches. Each of the sensor appearance, location, color, type, shape and functionality may be conceptually related to the device theme (such as image or shape).

The term "processor" is meant to include any integrated circuit or other electronic device (or collection of devices) capable of performing an operation on at least one instruction including, without limitation, Reduced Instruction Set Core (RISC) processors, CISC microprocessors, Microcontroller Units (MCUs), CISC-based Central Processing Units (CPUs), and Digital Signal Processors (DSPs). The hardware of such devices may be integrated onto a single substrate (e.g., silicon "die"), or distributed among two or more substrates. Furthermore, various functional aspects of the processor may be implemented solely as software or firmware associated with the processor.

As used herein, the terms "program", "programmable", "software", "firmware" and "computer program" are meant to include any sequence or human or machine cognizable steps which perform a function. Such program may be rendered in virtually any programming language or environment including, for example, C/C++, Fortran, COBOL, PASCAL, assembly language, markup languages (e.g., HTML, SGML, XML, VoXML), and the like, as well as object-oriented environments such as the Common Object Request Broker Architecture (CORBA), Java™ (including J2ME, Java Beans, etc.) and the like, as well as in firmware or other implementations. Computer program code for carrying out operations for aspects of the present invention may be written in any combination of one or more programming languages, including an object oriented programming language such as Java, Smalltalk, C++ or the like and conventional procedural programming languages, such as the "C" programming language or similar programming languages. The program code may execute entirely on the user's computer, partly on the user's computer, as a stand-alone software package, partly on the user's computer and partly on a remote computer or entirely on the remote computer or server. In the latter scenario, the remote computer may be connected to the user's computer through any type of network, including a local area network (LAN) or a wide area network (WAN), or the connection may be made to an external computer (for example, through the Internet using an Internet Service Provider).

All publications, standards, patents, and patent applications cited in this specification are herein incorporated by reference as if each individual publication, patent, or patent application were specifically and individually indicated to be incorporated by reference and set forth in its entirety herein.

Throughout the description and claims of this specification, any mechanical attachment between any two or more physical components may use means such as elastic straps, hook and loop fastener straps or patches, screws, bolts, adhesives, clips, clamps, carabineers, or any combination thereof.

Throughout the description and claims of this specification, the word "comprise' and variations of that word such as "comprises" and "comprising", is not intended to exclude other additives, components, integers or steps. Throughout the description and claims of this specification, the word "couple' and variations of that word such as "coupling", "coupled" and "couplable" refers to an electrical connection (such as a copper wire or soldered connection), a logical connection (such as through logical devices of a semiconductor device), a virtual connection (such as through randomly assigned memory locations of a memory device) or any other suitable direct or indirect connections, for example allowing for the transfer of power, signal or data.

Discussions herein utilizing terms such as, for example, "processing," "computing," "calculating," "determining," "establishing", "analyzing", "checking", or the like, may refer to operation(s) and/or process(es) of a computer, a computing platform, a computing system, or other electronic computing device, that manipulate and/or transform data represented as physical (e.g., electronic) quantities within the computer's registers and/or memories into other data similarly represented as physical quantities within the computer's registers and/or memories or other information storage medium that may store instructions to perform operations and/or processes.

The terminology used herein is for the purpose of describing particular embodiments only and is not intended to be limiting of the invention. As used herein, the singular forms "a", "an" and "the" are intended to include the plural forms as well, unless the context clearly indicates otherwise. It will be further understood that the root terms "include" and/or "have", when used in this specification, specify the presence

of stated features, integers, steps, operations, elements, and/or components, but do not preclude the presence or addition of one or more other features, integers, steps, operations, elements, components, and/or groups thereof. The terms “plurality” and “a plurality” as used herein includes, for example, “multiple” or “two or more”. For example, “a plurality of items” includes two or more items. The term “software integration” or integration of two programs or processes herein refers to software components (e.g. programs, modules, functions, processes etc.) that are (directly or via another component) combined, working or functioning together or form a whole, commonly for sharing a common purpose or set of objectives. Such software integration can take the form of sharing the same program code, exchanging data, being managed by the same manager program, executed by the same processor, stored on the same medium, sharing the same GUI or another user interface, sharing peripheral hardware (such as a monitor, printer, keyboard and memory), sharing data or a database, or being part of a single package. The term “hardware integration” or integration of hardware components herein refers to hardware components that are (directly or via another component) combined, working or functioning together or form a whole, commonly for sharing a common purpose or set of objectives. Such hardware integration can take the form of sharing the same power source (or power supply) or sharing other resources, exchanging data or control (e.g. by communicating), being managed by the same manager, physically connected or attached, sharing peripheral hardware connection (such as a monitor, printer, keyboard and memory), being part of a single package or mounted in a single enclosure (or any other physical collocating), sharing a communication port, or used or controlled with the same software or hardware. The term “integration” herein refers (as applicable) to a software integration, a hardware integration or a combination.

The term “computer-readable medium” as used herein refers to any medium that participates in providing instructions to processor **25** for execution. Such a medium may take many forms, including but not limited to, non-volatile media, volatile media, and transmission media. Non-volatile media includes, for example, optical or magnetic disks, such as storage device **23**. Volatile media includes dynamic memory, such as main memory **22**. Transmission media includes coaxial cables, copper wire and fiber optics, including the wires that comprise bus **24**. Transmission media can also take the form of acoustic or light waves, such as those generated during radio-wave and infra-red data communications. A computer readable signal medium may include a propagated data signal with computer readable program code embodied therein, for example, in baseband or as part of a carrier wave. Such a propagated signal may take any of a variety of forms, including, but not limited to, electromagnetic, optical, or any suitable combination thereof A computer readable signal medium may be any computer readable medium that is not a computer readable storage medium and that can communicate, propagate, or transport a program for use by or in connection with an instruction execution system, apparatus, or device.

Any combination of one or more computer readable medium(s) may be utilized. The computer readable medium may be a computer readable signal medium or a computer readable storage medium. A computer readable storage medium may be, for example, but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, or device, or any suitable combination of the foregoing. More specific examples (a non-exhaustive list) of the computer readable storage medium would include the following: an electrical connection having one or more wires, a portable computer diskette, a hard disk, a random access memory (RAM), a read-only memory (ROM), an erasable programmable read-only memory (EPROM or Flash memory), an optical fiber, a portable compact disc read-only memory (CD-ROM), an optical storage device, a magnetic storage device, or any suitable combination of the foregoing. In the context of this document, a computer readable storage medium may be any tangible medium that can contain, or store a program for use by or in connection with an instruction execution system, apparatus, or device.

Various forms of computer readable media may be involved in carrying one or more sequences of one or more instructions to processor **25** for execution. For example, the instructions may initially be carried on a magnetic disk of a remote computer. The remote computer can load the instructions into its dynamic memory and send the instructions over a telephone line using a modem. A modem local to computer system **20** can receive the data on the telephone line and use an infra-red transmitter to convert the data to an infra-red signal. An infra-red detector can receive the data carried in the infra-red signal and appropriate circuitry can place the data on bus **24**. Bus **24** carries the data to main memory **22**, from which processor **25** retrieves and executes the instructions. The instructions received by main memory **22** may optionally be stored on storage device **23** either before or after execution by processor **25**.

Some portions of the preceding detailed descriptions have been presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the ways used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of operations leading to a desired result. The operations are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the above discussion, it is appreciated that throughout the description, discussions utilizing terms such as “processing” or “computing” or “calculating” or “determining” or “displaying” or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system’s registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

Embodiments of the present invention also relate to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not

limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), Erasable Programmable ROMs (EPROMs), Electrically Erasable Programmable ROMs (EEPROMs), magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus.

The algorithms and displays presented herein are not inherently related to any particular computer or other apparatus. Various general-purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatus to perform the required method operations. The required structure for a variety of these systems will appear from the description below. In addition, embodiments of the present invention are not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of embodiments of the invention as described herein.

A machine-readable medium may include any mechanism for storing or transmitting information in a form readable by a machine (e.g., a computer). For example, a machine-readable medium includes read only memory ("ROM"); random access memory ("RAM"); magnetic disk storage media; optical storage media; flash memory devices; electrical, optical, acoustical or other form of propagated signals (e.g., carrier waves, infrared signals, digital signals, etc.).

In the foregoing specification, embodiments of the invention have been described with reference to specific exemplary embodiments thereof. It will be evident that various modifications may be made thereto without departing from the broader spirit and scope of the invention as set forth in the following claims. The specification and drawings are, accordingly, to be regarded in an illustrative sense rather than a restrictive sense.

Those of skill in the art will understand that the various illustrative logical blocks, modules and circuits described in connection with the embodiments disclosed herein may be implemented in any number of ways including electronic hardware, computer software, or combinations of both. The various illustrative components, blocks, modules and circuits have been described generally in terms of their functionality. Whether the functionality is implemented as hardware or software depends upon the particular application and design constraints imposed on the overall system. Skilled artisans recognize the interchangeability of hardware and software under these circumstances, and how best to implement the described functionality for each particular application. As will be appreciated by one skilled in the art, aspects of the present invention may be embodied as a system, method or computer program product. Accordingly, aspects of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment (including firmware, resident software, micro-code, etc.) or an embodiment combining software and hardware aspects that may all generally be referred to herein as a "circuit," "module" or "system." Furthermore, aspects of the present invention may take the form of a computer program product embodied in one or more computer readable medium(s) having computer readable program code embodied thereon.

Aspects of the present invention are described below with reference to flowchart illustrations and/or block diagrams of methods, apparatus (systems) and computer program products according to embodiments of the invention. It will be understood that each block of the flowchart illustrations

and/or block diagrams, and combinations of blocks in the flowchart illustrations and/or block diagrams, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, create means for implementing the functions/acts specified in the flowchart and/or block diagram block or blocks. These computer program instructions may also be stored in a computer readable medium that can direct a computer, other programmable data processing apparatus, or other devices to function in a particular manner, such that the instructions stored in the computer readable medium produce an article of manufacture including instructions which implement the function/act specified in the flowchart and/or block diagram block or blocks. The computer program instructions may also be loaded onto a computer, other programmable data processing apparatus, or other devices to cause a series of operational steps to be performed on the computer, other programmable apparatus or other devices to produce a computer implemented process such that the instructions which execute on the computer or other programmable apparatus provide processes for implementing the functions/acts specified in the flowchart and/or block diagram block or blocks.

The flowchart and block diagrams in the figures illustrate the architecture, functionality, and operation of possible implementations of systems, methods and computer program products according to various embodiments of the present invention. In this regard, each block in the flowchart or block diagrams may represent a module, segment, or portion of code, which comprises one or more executable instructions for implementing the specified logical function(s). It should also be noted that, in some alternative implementations, the functions noted in the block may occur out of the order noted in the figures. For example, two blocks shown in succession may, in fact, be executed substantially concurrently, or the blocks may sometimes be executed in the reverse order, depending upon the functionality involved. It will also be noted that each block of the block diagrams and/or flowchart illustration, and combinations of blocks in the block diagrams and/or flowchart illustration, can be implemented by special purpose hardware-based systems that perform the specified functions or acts, or combinations of special purpose hardware and computer instructions.

Although exemplary embodiments of the present invention have been described, this should not be construed to limit the scope of the appended claims. Those skilled in the art will understand that modifications may be made to the described embodiments. Moreover, to those skilled in the various arts, the invention itself herein will suggest solutions to other tasks and adaptations for other applications. It is therefore desired that the present embodiments be considered in all respects as illustrative and not restrictive, reference being made to the appended claims rather than the foregoing description to indicate the scope of the invention.

As will be appreciated by those of skill in the art, the methods described above generally reside on one or more general purpose computing devices which operate under the control of computer executable instructions. The general purpose computing device need not be limited to computers and servers but may include hand-held devices, multiprocessor systems, microprocessor-based or programmable customer electronics, minicomputers, mainframe computers,

and the like. Furthermore, the computer executable instructions may include routines, programs, objects, components, and/or data structures that perform particular tasks. Within the network, the computer executable instructions may reside on a single general purpose computing device or the tasks performed by the computer executable instructions may be distributed among a plurality of the general purpose computing devices.

In addition, in this disclosure, certain process steps are set forth in a particular order, and alphabetic and alphanumeric labels are used to identify certain steps. Unless specifically stated in the disclosure, embodiments of the invention are not limited to any particular order of carrying out such steps. In particular, the labels are used merely for convenient identification of steps, and are not intended to imply, specify or require a particular order of carrying out such steps. Furthermore, other embodiments may use more or less steps than those discussed herein.

As used herein, the term "integrated circuit" shall include any type of integrated device of any function, whether single or multiple die, or small or large scale of integration, and irrespective of process or base materials (including, without limitation Si, SiGe, CMOS and GAs) including without limitation applications specific integrated circuits (ASICs), field programmable gate arrays (FPGAs), digital processors (e.g., DSPs, CISC microprocessors, or RISC processors), so-called "system-on-a-chip" (SoC) devices, memory (e.g., DRAM, SRAM, flash memory, ROM), mixed-signal devices, and analog ICs.

It will be appreciated that the aforementioned features and advantages are presented solely by way of example. Accordingly, the foregoing should not be construed or interpreted to constitute, in any way, an exhaustive enumeration of features and advantages of embodiments of the present invention.

The corresponding structures, materials, acts, and equivalents of all means plus function elements in the claims below are intended to include any structure, or material, for performing the function in combination with other claimed elements as specifically claimed. The description of the present invention has been presented for purposes of illustration and description, but is not intended to be exhaustive or limited to the invention in the form disclosed. Many modifications and variations will be apparent to those of ordinary skill in the art without departing from the scope and spirit of the invention. The embodiment was chosen and described in order to best explain the principles of the invention and the practical application, and to enable others of ordinary skill in the art to understand the invention for various embodiments with various modifications as are suited to the particular use contemplated.

What is claimed is:

**1**. A device for displaying in response to a sensed acceleration, the device having a single portable enclosure, and in the single enclosure comprising:

a three-axis accelerometer attached to the single enclosure for measuring the device acceleration and for producing a first output signal that represents the measured device acceleration;

a flat-panel digital display for displaying graphical or text information;

a sensor coupled to the processor and having a second output responsive to a physical phenomenon;

a software and a processor for executing the software, the processor coupled to the accelerometer and to the digital display for displaying information in response to the first and second output signals;

a rechargeable battery connected to power the device; and

a battery charger connected for contactless charging of the rechargeable battery.

**2**. The device according to claim **1**, wherein the digital display is based on, comprises, or uses, a Liquid Crystal Display (LCD), a Thin-Film Transistor (TFT), or a Field Emission Display (FED) display.

**3**. The device according to claim **2**, wherein the digital display is coupled to the processor using an interface that is according to, or based on, IEEE 1394, Universal Serial Bus (USB), Serial Digital Interface (SDI), FireWire™, High-Definition Multimedia Interface (HDMI), Digital Visual Interface (DVI), Unified Display Interface (UDI), or DisplayPort standard.

**4**. The device according to claim **1**, wherein the contactless charging is induction-based, and wherein the battery charger comprises, or consists of, an induction coil for inductively receiving AC power when in an electromagnetic field, and for charging the rechargeable battery from the received AC power.

**5**. The device according to claim **1**, further comprising a battery compartment mechanically secured to the single enclosure for housing the rechargeable battery.

**6**. The device according to claim **5**, wherein the single enclosure further comprising a securely removable cover for covering the battery compartment, so that when the cover is removed the battery compartment is accessible for replacing the rechargeable battery.

**7**. The device according to claim **1**, further operative to detect or measure a change of a position of the device based on the first output signal.

**8**. The device according to claim **1**, wherein the accelerometer comprises, consists of, uses, or is based on, a piezoelectric, piezoresistive, capacitive, Micro-mechanical Electrical Systems (MEMS), or electromechanical accelerometer.

**9**. The device according to claim **1**, wherein the accelerometer produces the first output signal in response to an absolute acceleration or to a relative-to-freefall acceleration of the enclosure.

**10**. The device according to claim **1**, wherein the first output signal is responsive to the magnitude or the direction of the device acceleration.

**11**. The device according to claim **1**, wherein the accelerometer comprises, consists of, uses, or is based on three distinct accelerometers each producing a first output signal responsive to an absolute acceleration or to a relative-to-freefall acceleration in a distinct direction.

**12**. The device according to claim **1**, further operative to sense or measure the device mechanical orientation, vibration, shock, or falling, based on, or using, the first output signal.

**13**. The device according to claim **1**, wherein the accelerometer comprises, consists of, uses, or is based on, a piezoelectric accelerometer that utilizes a piezoelectric effect and comprises, consists of, uses, or is based on, piezoceramics or a single crystal or quartz.

**14**. The device according to claim **1**, further comprising an audible signaling component coupled to the processor for emitting an audible sound indicating a first status, and wherein the output signal is proportional in a defined range to the measured device acceleration.

**15**. The device according to claim **14**, wherein the audible signaling component consists of, comprises, or uses an electro-mechanical, an electro-acoustical transducer, or a piezoelectric sounder.

**16**. The device according to claim **14**, wherein the audible signaling component consists of, comprises, or uses a loudspeaker, and the device further comprising a memory storing the audible sound in a digital form, and a digital to analog converter coupled between the memory and the loudspeaker for sounding by the loudspeaker the stored audible sound.

**17**. The device according to claim **16**, wherein the stored audible sound is based on, comprises, or consists of, a speech synthesis or a recorded human voice.

**18**. The device according to claim **14**, wherein the emitted audible sound is based on, comprises, or consists of, a single tone, multiple tones, a melody, or a music, and wherein the accelerometer is a three-axis accelerometer.

**19**. The device according to claim **14**, wherein the emitted audible sound is based on, comprises, or consists of, a song or a human voice that is synthesized or recorded.

**20**. The device according to claim **1**, consisting of, or comprising, a notebook computer, a laptop computer, a media player, a cellular telephone, a Personal Digital Assistant (PDA), a digital camera, a video recorder, or any combination thereof.

**21**. The device according to claim **1**, further comprising a random number generator coupled to the processor and operative to output a random number, wherein the signaling is activated or controlled in response to the random number.

**22**. The device according to claim **21**, wherein the random number generator is a hardware-only based generator.

**23**. The device according to claim **21**, wherein the random number generator is based on a physical process.

**24**. The device according to claim **23**, wherein the physical process is one of a thermal noise, a shot noise, decaying nuclear radiation, a photoelectric effect, and a quantum phenomenon.

**25**. The device according to claim **21**, wherein the random number generator is software-based, and the processor executes a random number generator software.

**26**. The device according to claim **25**, wherein the random number generator software includes an algorithm for generating pseudo-random numbers.

**27**. The device according to claim **21**, wherein the random numbers generated by the random number generator are substantially uniformly or Gaussianly distributed.

**28**. The device according to claim **1**, further comprising a controlled switch connected for switching DC power from the rechargeable battery to the signaling component, wherein the switch is controlled by the processor in response to the output signal.

**29**. The device according to claim **28**, wherein the controlled switch is based on, comprises, or using, an electromechanical relay, a solid-state relay, or an optocouplers.

**30**. The device according to claim **1**, further operative as a toy for an amusement of a person or a pet, wherein the single enclosure is configured, dimensioned, formed, or structured as a toy.

**31**. The device according to claim **1**, further dimensioned and shaped as a handheld unit.

**32**. The device according to claim **31**, wherein the single enclosure comprises, or shaped as, two substantially circular plates attached to both ends of a rod.

**33**. The device according to claim **1**, wherein the single enclosure is substantially sphere shaped, and the device is operative for amusement or playing as a play ball.

**34**. The device according to claim **33**, wherein the single enclosure is ball-shaped.

**35**. The device according to claim **34**, wherein the single enclosure is substantially dimensioned, shaped, and structured as cricket, baseball, basketball, football, soccer, tennis, rugby, golf, or volleyball play ball.

**36**. The device according to claim **34**, wherein the single enclosure is cylinder, half-sphere, prolate-spheroid, football, or ovoid shaped.

**37**. The device according to claim **1**, wherein the single enclosure is substantially cylinder, cone, pyramid, or torus shaped.

**38**. The device according to claim **1**, wherein the single enclosure is substantially box-shaped having a rectangular, square, elongated, or oval, horizontal or vertical cross-section.

**39**. The device according to claim **1**, wherein the sensor is an electric sensor that responds to an electrical characteristics or electrical phenomenon quantity in an electrical circuit.

**40**. The device according to claim **39**, wherein the electric sensor consists of, comprises, or is based on, a voltage or current sensor.

**41**. The device according to claim **1**, wherein the sensor is a light sensor.

**42**. The device according to claim **41**, wherein the light sensor consists of, comprises, or is based on, a photocell.

**43**. The device according to claim **1**, wherein the sensor is a force sensor.

**44**. The device according to claim **43**, wherein the force sensor consists of, comprises, or is based on, a pressure sensor.

**45**. The device according to claim **1**, wherein information is displayed in response to the sensor output.

**46**. The device according to claim **1**, further operative to sense or measure the device tilt angle based on the output signal.

**47**. The device according to claim **1**, further comprising a component coupled to be controlled or activated by the processor and operative to affect a physical phenomenon.

**48**. The device according to claim **47**, wherein the component is operative to affect a temperature.

**49**. The device according to claim **48**, wherein the component is a heater or a cooler.

**50**. The device according to claim **47**, wherein the component is operative to affect a physical movement.

**51**. The device according to claim **50**, wherein the component is a motor or a fan.

**52**. The device according to claim **1**, further comprising a counter coupled to the accelerometer for counting a number of events based on the output signal.

**53**. The device according to claim **52**, wherein events are occurrences when the magnitude of the output signal cross an acceleration threshold.

* * * * *