# Exhibit 3

Non-method Claim: 1

| US10958819B2 | Nothing Phone 2 ("The Accused Product") |
|---|---|
| 1. A handheld device for capturing and displaying images and for identifying and marking of an element that is part of a human body, for use with a cellular network that uses a licensed frequency band, the device comprising: | The accused product is a handheld device (e.g., Smartphone) for capturing (e.g., capturing images through rear and front cameras) and displaying images (e.g., displaying captured images) and for identifying and marking (e.g., marking a red box) of an element that is part of a human body (e.g., Face of user, etc.), for use with a cellular network that uses a licensed frequency band (e.g., 5G, LTE, etc.).<br><br>As shown, the accused product is a smartphone with cellular connectivity and has 2 rear cameras and a front camera. It allows a user to capture images and videos through the rear cameras and/or the front camera using an in-built camera application. The in-built camera application also displays a captured image and/or video. While capturing an image of a person, the in-built camera application determines the face of the person and marks it with a red box for highlighting. Further, the accused product provides an in-built file storage application to store image and video files.<br><br>Further, the accused product comprises a modem and antennas for cellular connectivity. The cellular network works in the licensed frequency band. |



https://us.nothing.tech/pages/phone-2

https://us.nothing.tech/pages/phone-2#spec



https://us.nothing.tech/pages/phone-2#spec



*Source: Usage of the accused product*



*Source: Usage of the accused product*



*Source: Usage of the accused product*

As shown below, the accused product determines a face of a user and marks it

with a red box.



*Source: Usage of the accused product*

As shown, the accused product is a smartphone with cellular connectivity. The user can capture and share images captured using cameras through Email, etc. using cellular network.

Network & Connectivity   Ports   Multimedia

Gigabit LTE with 4x4 MIMO

Gigabit 5G dual mode (NSA & SA) with 4x4 MIMO

5G NR*: n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n30, n38, n40, n41, n66, n71, n75, n77, n78

4G LTE (FDD): B1, B2, B3, B4, B5, B7, B8, B12, B17, B18, B19, B20, B25, B26, B28, B30, B32, B66, B71

4G LTE (TDD): B34, B38, B39, B40, B41, B42, B48

3G UMTS: B1,2,4,5,6,8,19

2G GSM: GSM 850,900,DCS,PCS

Wi-Fi: Wi-Fi 6, 802.11 a/b/g/n/ac/ax, 2.4G/5G dual-band, 2x2 MIMO and MU-MIMO, Wi-Fi Direct, Hotspot
Bluetooth v5.3

NFC enabled with Google Pay support

GPS : L1+L5 dual-band ,A-GPS, GLONASS, BDS, GALILEO, QZSS, NavIC,and SBAS.

https://us.nothing.tech/pages/phone-2#nothingos



|  | Licensed | Unlicensed |
|---|---|---|
| COST | Potentially very high | Commodity pricing |
| TYPICAL USERS | Carriers and government | Enterprise and consumer networks |
| ADVANTAGES | Protected spectrum | Easy deployment |
| DISADVANTAGES | Costly and complex | Interference is common |
| EXAMPLES | 5G, LTE, broadcast radio and TV | Wi-Fi, Bluetooth, DECT and LoRaWAN |

https://www.techtarget.com/searchnetworking/answer/Whats-the-difference-between-licensed-and-unlicensed-wireless



*Source: Teardown of the accused product*



*Source: Teardown of the accused product*



*Source: Usage of the accused product*

| a first camera for capturing a first | The accused product discloses a first camera (e.g., a Front Camera) for capturing a first image (e.g., image captured using front camera, etc.) via a first |

| | |
|---|---|
| image via a first optical lens that focus received light; | optical lens (e.g., 32MP lens of front camera, etc.) that focus received light.<br><br>As shown below, the accused product comprises a front camera with 32MP wide lens to focus received light, for capturing an image.<br><br><br><br>https://us.nothing.tech/pages/phone-2#camera |



*Source: Usage of the accused product*



https://us.nothing.tech/pages/phone-2#camera

https://youtu.be/7O_IGGS87ko?t=319

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Focus

One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

| a second camera for capturing a second image via a second optical lens that focus received light; | The accused product discloses a second camera (e.g., a rear camera) for capturing a second image (e.g., an image captured using the rear camera) via a second optical lens (e.g., 50 MP optical lens, etc. of the rear camera, etc.) that focus received light.<br><br>As shown below, the accused product includes two rear cameras with a 50MP optical lens to focus received light for capturing an image.<br><br><br><br>https://us.nothing.tech/pages/phone-2#camera |



*Source: Usage of the accused product*



https://us.nothing.tech/pages/phone-2#camera



*Source: Teardown of the accused product*

All smartphone cameras are made of three basic parts. The first is the lens that directs light into the camera. The second is the sensor that converts the focused photons of light into an electrical signal. And the third is the software that converts those electrical signals into an Instagram-ready photo. Let's take a closer look at each of these parts.
https://www.androidpolice.com/how-do-smartphone-cameras-work/

## Lenses

Before light reaches the image sensor, it must pass through the lens. And before that, it passes through a small hole in the phone's body. The size of that hole is called the aperture, and it determines how much light makes it into the camera's sensor. Generally, a larger aperture is a good thing for mobile cameras because it means the camera has more light to work with.

https://www.androidpolice.com/how-do-smartphone-cameras-work/

Once the light enters the camera module, the lens gathers the incoming light from your shot and directs it to the sensor. Smartphone cameras are made up of many plastic lenses called elements. Due to the nature of light, different wavelengths of light (colors) are refracted (bent) at different angles as they pass through a lens. That means that the colors from your scene are projected onto your camera sensor out of alignment. Cameras need multiple lenses to transmit a clear image to the sensor to correct this and other similar effects.



| | |
|---|---|
| | https://www.androidpolice.com/how-do-smartphone-cameras-work/<br><br>**Focus**<br><br>One essential function of the lenses that has traditionally been abstracted away from the user is focus. Some camera apps let you manually control the camera's focus. However, most of them control it through software using the sensor, extra hardware like a laser range finder, or a combination of the two.<br><br>https://www.androidpolice.com/how-do-smartphone-cameras-work/ |
| an image processor coupled to the cameras for receiving and processing the first and second captured images; | The accused product comprises an image processor (e.g., image processing module of the SoC of the accused product, etc.) coupled to the cameras (e.g., front and rear cameras) for receiving and processing the first and second captured images (e.g., images captured through front and rear cameras, etc.).<br><br>As shown, the accused product comprises an SoC chipset. The SoC of the accused product includes an image processing module for capturing & processing images and/or videos. The captured images through the front camera and/or the rear cameras are processed and displayed using the image processing module. |



https://us.nothing.tech/pages/phone-2#spec

## Camera
## Your best shot

Phone (2) effortlessly captures real life as it's happening. With an 18-bit Image Signal Processor (ISP), it is capable of capturing 4,000 times more camera data than Phone (1). Allowing us to deliver advanced new algorithms that make photos and videos more dynamically accurate than ever.

https://us.nothing.tech/pages/phone-2



https://www.youtube.com/watch?v=7O_IGGS87ko



*Source: Teardown of the accused product*

## SUMMARY

| | |
|---|---|
| **Processor** | Qualcomm Snapdragon 8+ Gen 1 |
| **Capacity** | 8GB RAM + 128GB storage<br>12GB RAM + 256GB storage<br>12GB RAM + 512GB storage |
| **IP Rating** | IP54 |

https://us.nothing.tech/pages/phone-2

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

- **Digital Signal Processor (DSP)** — Handles more mathematically intensive functions than a CPU. Includes decompressing music files and analyzing gyroscope sensor data.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/



*Source: Usage of the accused product*

| a display coupled to the cameras and | The accused product comprises a display (e.g., LTPO AMOLED display, etc.) coupled to the cameras (e.g., Front and rear cameras, etc.) and having a flat |

| having a flat screen for visually displaying the first and second captured images; | screen (e.g., display screen of the accused product) for visually displaying the first and second captured images (e.g., displaying captured images, etc.).<br><br>As shown, the accused product is a smartphone with 2412x1080 LTPO AMOLED Flat display. The accused product comprises an in-built camera application using which a user can capture images and an in-built file storage application which displays the captured images. The user of the accused product can capture images through the front camera and the rear cameras using the in-built camera application and displays the captured images using the in-built file storage application.<br><br><br>https://us.nothing.tech/pages/phone-2#spec |



*Source: Usage of the accused product*



*Source: Usage of the accused product*



*Source: Usage of the accused product*

| a cellular antenna for coupling to the cellular network; | The accused product comprises a cellular antenna (e.g., Ant 5, etc.) for coupling to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown, the accused product is a smartphone with cellular connectivity. It houses multiple cellular antennas such as Ant 5, etc. for coupling to the cellular network.<br><br><br>https://us.nothing.tech/pages/phone-2#nothingos |
| --- | --- |

Network & Connectivity    Ports    Multimedia

Gigabit LTE with 4x4 MIMO

Gigabit 5G dual mode (NSA & SA) with 4x4 MIMO

5G NR*: n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n30, n38, n40, n41, n66, n71, n75, n77, n78

4G LTE (FDD): B1, B2, B3, B4, B5, B7, B8, B12, B17, B18, B19, B20, B25, B26, B28, B30, B32, B66, B71

4G LTE (TDD): B34, B38, B39, B40, B41, B42, B48

3G UMTS: B1,2,4,5,6,8,19

2G GSM: GSM 850,900,DCS,PCS

Wi-Fi: Wi-Fi 6, 802.11 a/b/g/n/ac/ax, 2.4G/5G dual-band, 2x2 MIMO and MU-MIMO, Wi-Fi Direct, Hotspot

Bluetooth v5.3

NFC enabled with Google Pay support

GPS : L1+L5 dual-band ,A-GPS, GLONASS, BDS, GALILEO, QZSS, NavIC,and SBAS.



*Source: Teardown of the accused product*

| a cellular transmitter coupled between the cellular antenna and the cameras for transmitting the first and second captured images to the cellular | The accused product comprises a cellular transmitter (e.g., a cellular transceiver modem, etc.) coupled between the cellular antenna (e.g., Ant5, etc.) and the cameras for transmitting the first and second captured images to the cellular network (e.g., 5G, LTE, etc.).<br><br>As shown, the accused product is a smartphone with cellular connectivity. The accused product comprises an in-built camera application using which a user can |

| network; | capture images and an in-built file storage or gallery application which displays the captured images. The user of the accused product can capture images through the front camera and the rear cameras using the in-built camera application and displays the captured images using the in-built file storage or gallery application.<br><br>The in-built file storage application also allows the user to share captured images though email, messages, etc., using cellular network. The accused product houses multiple cellular antennas for coupling to the cellular network. A cellular transceiver modem of the accused product is coupled to the antenna to send and receive radio signals from cellular network such as 4G, 5G, etc. The accused product utilizes the cellular transceiver modem to send images via email or messages. |
| --- | --- |



*Source: Usage of the accused product*



*Source: Usage of the accused product*

| a rechargeable battery connected to power the cameras, the image processor, the cellular transmitter, and the display; and | The accused product comprises a rechargeable battery (e.g., 4700 mAh Battery) connected to power the cameras (e.g., front and rear cameras), the image processor (e.g., image processing modules of the accused product, etc.), the cellular transmitter (e.g., cellular transceiver modem, etc.), and the display (e.g., display of the accused product). |
|---|---|

As shown, the accused product is a smartphone with a rechargeable battery. The phone's rechargeable battery serves as the primary power source, delivering power to critical components such as the cameras, image processor, data modem, etc., and the display.

BATTERY                                                    ⊖

| Battery Size | 4700 mAh | 4500 mAh |
|---|---|---|
| Wired Charging | 45W | 33W |
| Wireless Charging | 15W Qi with dual charging | 15W Qi with dual charging |
| Reverse Charging | 5W | 5W |

https://us.nothing.tech/pages/phone-2#spec



*Source: Teardown of the accused product*



## A battery that keeps going
On and on and on and on

Get more power, faster.

At 4,700 mAh, Phone (2) houses our longest lasting battery yet. Charge fully in just 55 minutes. Compatible with 15W Qi wireless charging. Phone (2) also doubles as a 5W wireless charger so you can power accessories like Ear (2) on-the-go.

https://us.nothing.tech/pages/phone-2#spec



https://us.nothing.tech/pages/phone-2#spec



https://us.nothing.tech/pages/phone-2#camera



*Source: Usage of the accused product*

NOTHING (R)

Phone    Audio    CMF    Store    Community    Support

Student discount available now with Unidays. Learn more    ✕

Phone (2)    Glyph Interface    Nothing OS 2.0    Using Nothing OS 2.0    Camera    Premium    Sustainability    Specs    Compare



For picture-perfect portraits, we gave the front camera a bigger 32 MP sensor, which is two times more than Phone (1). Brings every colour, hue and expression to life. You in your best light.

https://us.nothing.tech/pages/phone-2#camera



*Source: Teardown of the accused product*



**SUMMARY**

| Processor | Qualcomm Snapdragon 8+ Gen 1 |
|---|---|

| Capacity | 8GB RAM + 128GB storage |
|---|---|
| | 12GB RAM + 256GB storage |
| | 12GB RAM + 512GB storage |

| IP Rating | IP54 |
|---|---|

https://us.nothing.tech/pages/phone-2

Phone (2)    Glyph Interface    Nothing OS 2.0    Using Nothing OS 2.0    Camera    Premium    Sustainability    Specs    Compare

Display    Capacity    Dimensions    In The Box

6.7" flexible LTPO AMOLED display
Corning® Gorilla® Glass
HDR10+ & SGS Low Blue Light
10-bit colour depth
2412x1080 pixel resolution at 394 ppi
1,000,000:1 contrast ratio

https://us.nothing.tech/pages/phone-2#spec

| a single portable and | The accused product comprises a single portable and handheld casing (e.g., |
|---|---|

| handheld casing housing the cameras, the image processor, the cellular antenna, the cellular transmitter, and the display, | smartphone casing) housing the cameras (e.g., front and rear cameras), the image processor (e.g., image processing modules of the accused product, etc.), the cellular antenna (e.g., Ant 5, etc.), the cellular transmitter (e.g., data modem, etc.), and the display (e.g., display of the accused product).<br><br>As shown, the accused product is a smartphone with an outer casing, which houses internal modules such as antennas, processors, modems, battery, camera, etc., and the display.<br><br><br>https://us.nothing.tech/pages/phone-2#spec |

Single portable and handheld casing housing the cameras, the image processor, the cellular antenna, the cellular transmitter, and the display



https://us.nothing.tech/pages/phone-2#spec



*Source: Teardown of the accused product*



https://us.nothing.tech/pages/phone-2#spec

https://us.nothing.tech/pages/phone-2#camera



For picture-perfect portraits, we gave the front camera a bigger 32 MP sensor, which is two times more than Phone (1). Brings every colour, hue and expression to life. You in your best light.

https://us.nothing.tech/pages/phone-2#camera



*Source: Teardown of the accused product*



SUMMARY

| Processor | Qualcomm Snapdragon 8+ Gen 1 |
| --- | --- |
| Capacity | 8GB RAM + 128GB storage<br>12GB RAM + 256GB storage<br>12GB RAM + 512GB storage |
| IP Rating | IP54 |

https://us.nothing.tech/pages/phone-2

Phone (2)   Glyph Interface   Nothing OS 2.0   Using Nothing OS 2.0   Camera   Premium   Sustainability   Specs   Compare

Display   Capacity   Dimensions   In The Box

6.7" flexible LTPO AMOLED display
Corning® Gorilla® Glass
HDR10+ & SGS Low Blue Light
10-bit colour depth
2412x1080 pixel resolution at 394 ppi
1,000,000:1 contrast ratio

https://us.nothing.tech/pages/phone-2#spec

| wherein the casing | The accused product comprises the casing wherein the casing (e.g., smartphone |

| comprises two opposed first and second exterior surfaces, | casing) comprises two opposed first and second exterior surfaces (e.g., front and rear exterior surfaces).<br><br>As shown, the accused product is a smartphone with an outer casing, which houses internal modules such as processors, modems, battery, camera, etc. and the display. The casing comprises two exterior surfaces, with first side comprising the front camera and the display, and second surface with rear cameras, flashlights, etc.<br><br><br><br>https://us.nothing.tech/pages/phone-2#spec |
|---|---|



The casing comprises two opposed first and second exterior surface

https://us.nothing.tech/pages/phone-2#spec

| wherein the first optical lens is attached to the first surface and the second optical lens is attached to the second surface, | The accused product comprises the casing wherein the first optical lens (e.g., front camera lens, etc.) is attached to the first surface (e.g., front surface) and the second optical lens (e.g., rear camera lens, etc.) is attached to the second surface.<br><br>As shown, the accused product is a smartphone with an outer casing, which houses internal modules such as processors, modems, battery, camera, etc. and the display. The casing comprises two exterior surfaces, with first side comprising the front camera and the display, and second surface with rear cameras, flashlights, etc. |
| --- | --- |



https://us.nothing.tech/pages/phone-2#spec

As shown below, the first surface of the casing comprises the front camera and the display screen. A camera lens (e.g., i.e., a first optical lens) of the front camera is attached to the first surface. The second surface comprises the rear cameras and flashlights. Camera lenses (e.g., a second optical lens) of the rear cameras are attached to the second surface.



The second optical lens is attached to the second surface

The casing comprises two opposed first and second exterior surface

First optical lens is attached to the first surface

https://us.nothing.tech/pages/phone-2#spec

| wherein the image processor is operative to identify the element in the first captured image, | The accused product comprises the image processor (e.g., image processing module of the accused product, etc.) wherein the image processor (e.g., image processing module of the accused product, etc.) is operative to identify the element (e.g., face of a user, etc.) in the first captured image.<br><br>As shown, the accused product has 2 rear cameras and a front camera for capturing images and videos. It allows a user to capture images and videos through the rear cameras and/or the front camera using an in-built camera application. The in-built camera application also displays a captured image and/or video. While capturing an image of a person, the in-built camera application determines the face of the person and marks it with a red box for highlighting. |



*Source: Usage of the accused product*



*Source: Usage of the accused product*



*Source: Teardown of the accused product*

## SUMMARY

| | |
|---|---|
| **Processor** | Qualcomm Snapdragon 8+ Gen 1 |
| **Capacity** | 8GB RAM + 128GB storage<br>12GB RAM + 256GB storage<br>12GB RAM + 512GB storage |
| **IP Rating** | IP54 |

https://us.nothing.tech/pages/phone-2

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

- **Digital Signal Processor (DSP)** — Handles more mathematically intensive functions than a CPU. Includes decompressing music files and analyzing gyroscope sensor data.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

| | |
|---|---|
| wherein the display is coupled to the image processor for displaying the first captured image and the marking of the identified element in the first captured image, and | The accused product comprises a display wherein the display (e.g., LTPO AMOLED display) is coupled to the image processor (e.g., image processing module of the accused product, etc.) for displaying the first captured image (e.g., image captured using front camera) and the marking of the identified element (e.g., marking user's face with a red box) in the first captured image.<br><br>As shown, the accused product has 2 rear cameras and a front camera for capturing images and videos. As shown, It allows a user to capture images and videos through the rear cameras and/or the front camera using an in-built camera application. The in-built camera application also displays a captured image and/or video. While capturing an image of a person, the in-built camera application determines the face of the person and marks it with a red box for highlighting.<br><br><br><br>https://us.nothing.tech/pages/phone-2#spec |



*Source: Usage of the accused product*



*Source: Usage of the accused product*



*Source: Usage of the accused product*



*Source: Teardown of the accused product*

## SUMMARY

| | |
|---|---|
| **Processor** | Qualcomm Snapdragon 8+ Gen 1 |
| **Capacity** | 8GB RAM + 128GB storage<br>12GB RAM + 256GB storage<br>12GB RAM + 512GB storage |
| **IP Rating** | IP54 |

https://us.nothing.tech/pages/phone-2

The list below contains the most common components that you will find inside a smartphone system-on-a-chip. We're going to cover a few of the most important ones later on in this article.

- **Central Processing Unit (CPU)** — The "brains" of the SoC. Runs most of the code for the Android OS and most of your apps.

- **Graphics Processing Unit (GPU)** — Handles graphics-related tasks, such as visualizing an app's user interface and 2D/3D gaming.

- **Image Processing Unit (ISP)** — Converts data from the phone's camera into image and video files.

- **Digital Signal Processor (DSP)** — Handles more mathematically intensive functions than a CPU. Includes decompressing music files and analyzing gyroscope sensor data.

https://www.androidauthority.com/what-is-an-soc-smartphone-chipsets-explained-1051600/

| | |
|---|---|
| wherein the display is coupled to the cameras for displaying on the screen the first and second captured images. | The accused product comprises the display (e.g., LTPO AMOLED display) wherein the display is coupled to the cameras (e.g., front and rear cameras) for displaying on the screen the first and second captured images (e.g., images captured through front and rear cameras).<br><br>As shown, the accused product is a smartphone with cellular connectivity and has 2 rear cameras and a front camera. It allows a user to capture images and videos through the rear cameras and/or the front camera using an in-built camera application. The in-built camera application also displays a captured image and/or video. While capturing an image of a person, the in-built camera application determines the face of the person and marks it with a red box for highlighting. Further, the accused product provides an in-built file storage application to store image and video files.<br><br><br>https://us.nothing.tech/pages/phone-2#spec |

