Exhibit 4

Non-Method Claim: 1

| US9630062 | Nothing Phone 2 ("The accused product") |
|---|---|
| 1. A device for displaying in response to a sensed acceleration, the device having a single portable enclosure, and in the single enclosure comprising: | The accused product is a device for displaying in response to a sensed acceleration (e.g., acceleration caused by user movement, gravity, etc.), the device (e.g., the accused product) having a single portable enclosure (e.g., body of the accused product).<br><br>As shown below, the accused product contains an accelerometer within its body to sense acceleration. The accused product transitions between orientations, such as landscape and portrait, based on the acceleration (gravity) detected by its accelerometer. Icons displayed on the screen, such as those in the camera app, rotate based on the orientation of the accused product.<br><br><br><br>https://us.nothing.tech/pages/phone-2 |



https://us.nothing.tech/pages/phone-2



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



https://us.nothing.tech/pages/phone-2



portable enclosure

Source: Nothing Phone 2 Teardown

In the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c

Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c



Source: Nothing Phone 2 Camera App

| a three-axis accelerometer attached to the single enclosure for measuring the device acceleration and for producing a first output signal that represents the measured device acceleration; | The accused product discloses a three-axis accelerometer (e.g., icm4x6xx accelerometer of the accused product) attached to the single enclosure (e.g., body of the accused product) for measuring the device acceleration (e.g., acceleration caused by user movement, gravity, etc.) and for producing a first output signal (e.g., output measured acceleration) that represents the measured device acceleration (e.g., acceleration caused by user movement, gravity, etc.).

As shown below, the accused product includes a three-axis accelerometer (icm4x6xx accelerometer), which is attached to a motherboard inside the body of accused product. The accelerometer measures and outputs |

acceleration across three axes.



[https://us.nothing.tech/pages/phone-2](https://us.nothing.tech/pages/phone-2)



portable enclosure

Source: Nothing Phone 2 Teardown



attached to the
single enclosure

Source: Nothing Phone 2 Teardown



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool

| a flat-panel digital display for displaying graphical or text information; | The accused product discloses a flat-panel digital display (e.g., 6.7" Flexible LTPO AMOLED display of the accused product) for displaying graphical (e.g., Images, symbols, videos, etc.) or text information (e.g., text across user interface and other applications).<br><br>As shown below, the accused product has a 6.7" Flexible LTPO AMOLED display. The display is used for displaying images, symbols, text, etc. as per user interaction with the accused product. |



NOTHING (R)          Phone   Audio   CMF   Store   Community   Support

Phone (2)   Glyph Interface   Nothing OS 2.0   Using Nothing OS 2.0   Camera   Premium   Sustainability   Specs   Compare

flat-panel display

"A gorgeous iPhone

‹ Spin: 360 ›

## Phone (2)

★★★★½ 681 reviews

## Come to the bright side

Uniquely designed Nothing OS 2.0
New Glyph Interface

https://us.nothing.tech/pages/phone-2

NOTHING (R)          Phone   Audio   CMF   Store   Community   Support

Phone (2)   Glyph Interface   Nothing OS 2.0   Using Nothing OS 2.0   Camera   Premium   Sustainability   Specs   Compare

Display   Capacity   Dimensions   In The Box

6.7" flexible LTPO AMOLED display

Corning® Gorilla® Glass

HDR10+ & SGS Low Blue Light

10-bit colour depth

2412x1080 pixel resolution at 394 ppi

1,000,000:1 contrast ratio

https://us.nothing.tech/pages/phone-2



https://us.nothing.tech/pages/phone-2

| | |
|---|---|
| a sensor coupled to the processor and having a second output responsive to a physical phenomenon; | The accused product discloses a sensor (e.g., camera sensor of the accused product) coupled to the processor (e.g., Snapdragon 8+ Gen 1 processor) and having a second output (e.g., a captured image) responsive to a physical phenomenon (e.g., light reflected from a scene).

As shown below, the accused product has camera sensor coupled to its processor via the motherboard. The camera sensor captures images corresponding to the light reflected from a scene physically present in its field of view. |



## FEATURES

Chipset    Splash, water and dust resistance    Face & Finger Unlock    Battery    Software support    Audio    SIM

Qualcomm® Snapdragon®™ 8+ Gen 1

4nm TSMC process

1x X2 Prime3.0GHz 3xA710 2.5GHz 4xA510 1.8GHz

Adreno 730 GPU

2nd Gen HTP V69 4xHVX processor

https://us.nothing.tech/pages/phone-2

NOTHING (R)    Phone    Audio    CMF    Store    Community    Support

Phone (2)    Glyph Interface    Nothing OS 2.0    Using Nothing OS 2.0    Camera    Premium    Sustainability    Specs    Compare

‹ Spin: 360 ›

Phone (2)

★★★★½ 681 reviews

### Come to the bright side

Uniquely designed Nothing OS 2.0

New Glyph Interface

sensor → 50 MP dual rear camera + 32 MP front camera

6.7" flexible LTPO AMOLED display

Snapdragon® 8+ Gen 1

https://us.nothing.tech/pages/phone-2



Source: Nothing phone 2 Teardown



second output responsive to a physical phenomenon

Source: Nothing Phone 2 Camera App

| a software and a processor for executing the software, the processor coupled to the accelerometer and to the digital display for displaying information in response to the first and second output signals; | The accused product discloses a software (e.g., camera application) and a processor (e.g., Snapdragon 8+ Gen 1 processor) for executing the software (e.g., camera application), the processor (e.g., Snapdragon 8+ Gen 1 processor) coupled to the accelerometer (e.g., icm4x6xx accelerometer of the accused product) and to the digital display (e.g., 6.7" Flexible LTPO AMOLED display of the accused product) for displaying information (e.g., camera application user interface) in response to the first and second output signals (e.g., the acceleration and image captured by the accelerometer and the camera sensor respectively). |

As shown below, the accused product includes a camera app that displays icons and an image preview. The orientation of the icons depends on the acceleration (gravity) measured by the accelerometer, while the image displayed in the preview depends on the scene captured by the camera sensor. The accelerometer of the accused product is connected to its processor (Snapdragon 8+ Gen 1) via the motherboard.



Source: Nothing phone 2 Teardown



Source: Accelerometer information of the accused product extracted using a software reverse engineering tool



second output responsive to a physical phenomenon

Source: Nothing Phone 2 Camera App

In the era of smartphones, we often take for granted the seamless transition between portrait and landscape modes when we tilt our devices. Have you ever wondered how your phone magically knows its orientation and adapts accordingly? The answer lies in a tiny, yet remarkably intelligent sensor known as the accelerometer.

https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c

|  | Phone orientation detection relies on the synergy of three key sensors: the **accelerometer**, which measures linear acceleration and gravity, the **gyroscope**, which tracks angular velocity and rotation, and the **magnetometer**, which senses the Earth's magnetic field, collectively working together to provide a comprehensive understanding of the device's position and orientation <br><br> https://medium.com/@shindevinayakraopatil/the-magic-how-your-phone-knows-its-orientation-146ab60a616c |



Left Source: Nothing Phone 2 Camera App
Middle Source: Accelerometer information of the accused product extracted using a software reverse engineering tool
Right Source: Capture of Nothing Phone 2 Camera Interface



Top Left Source: Nothing Phone 2 Camera App
Top Right Source: Accelerometer information of the accused product extracted using a software reverse engineering tool
Bottom Left Source: Capture of Nothing Phone 2 Camera Interface

| a rechargeable battery connected to power the device; and | The accused product discloses a rechargeable battery (e.g., 4700mAh battery of the accused product) connected to power the device (e.g., the accused product).<br><br>As shown below, the accused product has a 4700 mAh rechargeable battery. |
| --- | --- |



Chipset    Splash, water and dust resistance    Face & Finger Unlock    **Battery**    Software support    Audio

4700 mAh battery size

45W PPS (3.3–20V/2.25A) wired charging: full charge in 55 mins

15W Qi wireless charging with dual charging support: full charge in 130 mins

5W reverse charging

Only use with chargers compatible with PPS/PD3.0/PD2.0/QC4.0/QC3.0/QC2.0 /DCP/SDP/CDP

CAMERA

https://us.nothing.tech/pages/phone-2#spec



Source: Nothing Phone 2 Teardown

| a battery charger connected for contactless charging of the rechargeable battery. | The accused product discloses a battery charger (e.g., wireless charging coil and other charging elements of the accused product) connected for contactless charging of the rechargeable battery (e.g., battery of the accused product). <br><br> As shown below, the accused product supports wireless charging. The |

| | |
|---|---|
| | battery of the accused product is wirelessly charged using the charging coil and other charging elements.<br><br>Chipset     Splash, water and dust resistance     Face & Finger Unlock     **Battery**     Software support     Audio<br><br>4700 mAh battery size<br><br>45W PPS (3.3~20V/2.25A) wired charging: full charge in 55 mins<br><br>15W Qi wireless charging with dual charging support: full charge in 130 mins<br><br>5W reverse charging<br><br>Only use with chargers compatible with PPS/PD3.0/PD2.0/QC4.0/QC3.0/QC2.0 /DCP/SDP/CDP<br><br>CAMERA<br><br>https://us.nothing.tech/pages/phone-2#spec |



Source: Nothing Phone 2 Teardown



Source: Nothing Phone 2 Teardown